FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA CUNNINGHAM,<br>BY HER COURT-APPOINTED<br>CONSERVATOR, ROBERT BUNN, ESQ,<br>910 17th Street, N.W.<br>Suite 800<br>Washington, D.C. 20006<br><br>Plaintiff,<br><br>v.<br><br>NEW CENTURY<br>MORTGAGE CORPORATION<br>18400 Von Karman<br>Suite 1000<br>Irvine, CA 92612<br><br>and<br><br>STEPHEN F.J. ORENSTEIN, ESQ.<br>1700 Pennsylvania Avenue, N.W.<br>Suite 800<br>Washington, D.C. 20006<br><br>and<br><br>SAXON MORTGAGE SERVICES, INC.<br>4708 Mercantile Drive North<br>Fort Worth, TX 76137-3605<br><br>and<br><br>PREMIER FINANCIAL COMPANY<br>10610 Rhode Island Avenue<br>Suite 204<br>Beltsville, MD 20705<br><br>and<br><br>JOHN CUNNINGHAM<br>6858 West Forest Road<br>Hyattsville, MD 20785 | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **NOTICE OF REMOVAL**<br><br>CASE NUMBER  1:05CV01693<br><br>JUDGE: Reggie B. Walton<br><br>DECK TYPE: General Civil<br><br>DATE STAMP: 08/**/2005 |

1

| | |
|---|---|
| and | * |
| PINNACLE TITLE AND ESCROW, INC.<br>51 Monroe Street<br>Suite 1505<br>Rockville, MD 20850 | *<br><br>*<br><br>* |
| and | * |
| UNKNOWN ASSIGNEE LENDER OR<br>SECURITIZATION TRUST, | *<br><br>* |
| Defendants. | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF REMOVAL

Defendant, New Century Mortgage Corporation, by its undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes the above-captioned action to the United States District Court for the District of Columbia, which action is now pending as Case No. 05-5744 in the Superior Court of the District of Columbia, Civil Division (the "State Court Action"). As grounds for removal, New Century states as follows.

1.  On July 25, 2005, Plaintiff Emma Cunningham, by her court-appointed conservator, Robert Bunn, Esq., filed her complaint to initiate the State Court Action against the above-named defendants (such complaint, the "Complaint").

2.  Ms. Cunningham served New Century with a summons and the Complaint in the State Court Action by certified mail to New Century's Vice-President and Senior Counsel on August 15, 2005.

3. In the Complaint ("Complaint"). Ms. Cunningham alleges, *inter alia*, that she and New Century were parties to a transaction governed by the Truth-in-Lending Act ("TILA"), 15 U.S.C. §1601, *et seq.*, and that New Century violated TILA. Complaint, ¶¶ II.26-II.31.

4. Ms. Cunningham expressly bases one of her claims for relief on TILA, alleging, *e.g.*, "New Century's violations of TILA entitle Plaintiff to rescission as to New Century and any current assignee, under 15 U.S.C. §1635, as well as statutory damages, costs and attorneys fees pursuant to 15 U.S.C. §1640." Complaint, ¶ IV.D.1

5. New Century denies the allegations and denies that it is liable to Ms. Cunningham.

6. The bases of removal are federal question jurisdiction and diversity jurisdiction.

7. This Court has original jurisdiction over this action under TILA, 15 U.S.C. §1640(e), and general federal question jurisdiction. 28 U.S.C. § 1331. TILA provides that "[a]ny action under this section may be brought in any United States district court, or in any other court of competent jurisdiction . . . ." 15 U.S.C. §1640(e). Jurisdiction is also proper under 28 U.S.C. § 1331 because this action arises under TILA and TILA is a law of the United States. In addition, this Court has supplemental jurisdiction over the remaining claims in the Complaint under 28 U.S.C. § 1367, because those claims are so related to the TILA claim that "they form part of the same case or controversy under Article III of the United States Constitution." 28 U.S.C. § 1367(a).

8. This Court also has original jurisdiction over this action because, as more fully set forth below, the amount in controversy exceeds $75,000, exclusive of interest and costs, and the controversy is between citizens of different States. 28 U.S.C. § 1332(a)(1).

9. Plaintiff is a citizen of the District of Columbia.

3

10. Defendant New Century is a corporation organized under the laws of California, with its principal place of business in California. Accordingly, for purposes of determining diversity jurisdiction, New Century is a citizen of California.

11. Defendant Stephen F.J. Ornstein, although a citizen of the District of Columbia, is merely the trustee under a Deed of Trust given by Emma Cunningham and John Cunningham for the benefit of New Century, the real party in interest secured by the Deed of Trust. Accordingly, this Court should disregard the citizenship of defendant Ornstein for purposes of determining diversity jurisdiction.

12. Plaintiff admits in her complaint that Mr. Ornstein is not necessary to the relief that she seeks: "The Plaintiff requests that the Court appoint a Trustee to sign any and all instruments and documents necessary to transfer title to the Property from John Cunningham and Emma Cunningham . . . to Emma Cunningham . . . ." Complaint, ¶ IV.B.2. Although the next paragraphs of the Complaint purport to seek relief against Mr. Ornstein, they are actually seeking relief against New Century, and attempting to directly compel Mr. Ornstein to act for New Century. If Plaintiff succeeds in her claim against New Century, she will not require a judgment against Mr. Ornstein; if she does not succeed, she cannot obtain a judgment against Mr. Ornstein. Accordingly, this Court should either disregard Mr. Ornstein as only a nominal party or determine that his citizenship is that of the corporation he represents. *Cf.* 28 U.S.C. 1332(c)(2).

13. Defendant Saxon Mortgage Services, Inc. ("Saxon") is a corporation organized under the laws of Texas, with its principal place of business in Texas. Accordingly, for purposes of determining diversity jurisdiction, Saxon is a citizen of Texas.

14. Defendant Premier Financial Company ("Premier") is a corporation organized under the laws of Maryland, with its principal place of business in Maryland. Accordingly, for purposes of determining diversity jurisdiction, Premier is a citizen of Maryland.

15. Defendant John Cunningham is a citizen of Maryland.

16. Defendant Pinnacle Title and Escrow, Inc. ("Pinnacle") is a corporation organized under the laws of Maryland, with its principal place of business in Maryland. Accordingly, for purposes of determining diversity jurisdiction, Pinnacle is a citizen of Maryland.

17. Unidentified defendants may generally be ignored for purposes of diversity jurisdiction.

18. Accordingly, the Plaintiff is diverse from every real defendant-in-interest in this action. The amount in controversy exceeds $75,000, exclusive of interest and costs. *See, e.g.,* Complaint, ¶ IV.C.5 (seeking compensatory damages of $120,000 and punitive damages of $250,000).

19. Accordingly, removal of the State Court Action to this United States District Court pursuant to 28 U.S.C. §§ 1441 and 1446 is proper. Removal of claims other than the TILA claim is proper under 28 U.S.C. § 1441(c).

20. This Notice of Removal is timely because it was filed within 30 days after service of the summons upon New Century in the State Court Action.

21. All Defendants other than John Cunningham consent to this removal. *See* Consents to Removal, attached hereto collectively as Exhibit A and incorporated herein by this reference. No defendant intends, by so consenting, to waive any defenses that it may have.

22. Mr. Cunningham's consent has not been obtained, because, *inter alia*, Mr. Cunningham is, upon information and belief, a resident at an in-patient treatment and rehabilitation facility as a condition of his parole.

23. Upon information and belief, John Cunningham cannot be reached by telephone, and mail and personal access to Mr. Cunningham are limited.

24. Accordingly, New Century cannot solicit Mr. Cunningham's consent to removal at this time.

25. A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the District of Columbia, Civil Division (the "Superior Court"), and is being served on plaintiff's counsel and on counsel for all defendants. *See* 28 U.S.C. § 1446(a) & (d). The Superior Court is located within this District. A copy of the Notice to the Superior Court is attached hereto as Exhibit B.

26. Attached hereto collectively as Exhibit C are copies of: (1) the Summons and Complaint, (2) Pinnacle's Answer, (3) Premier's Answer, and (4) the Initial Order issued by the Superior Court of the District of Columbia. These are the only "process, pleadings, and orders" in the State Court Action of which New Century was able to obtain copies. *See* 28 U.S.C. § 1446(a).

27. By removing this case to this Court, New Century does not intend to waive any defenses that it may have, including without limitation the right to enforce any contractual arbitration provision, or the right to contest the venue of this action.

Respectfully Submitted,

_____
Adam M. Spence, Esq., D.C. Unified Bar No. 455836
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, Maryland 21204
Phone (410) 823-1881
Telecopier: (443) 836-9181

Attorneys for Defendant New Century Mortgage Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August, 2005, a copy of the foregoing *Notice of Removal* was mailed, first-class postage pre-paid, to:

Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, Maryland 21202
*Attorneys for Defendant Premier Financial Company*

Leo A. Roth, Esq.
Brault Graham
110 South Washington Street
Rockville, Maryland 20850
*Attorney for Defendant Pinnacle Title and Escrow, Inc.*

Matthew J. MacLean
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
*Attorney for Defendants Stephen F.J. Ornstein
  and Saxon Mortgage Services, Inc.*

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785
*Defendant pro se*

Robert Bunn
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006
*Conservator for and counsel to
Plaintiff, Emma Cunningham*

_____
Adam M. Spence

7-A

# EXHIBIT A

# CONSENTS OF CO-DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM,  \*
 BY HER COURT-APPOINTED
 CONSERVATOR, ROBERT BUNN, ESQ.,  \*

   Plaintiff,  \*

v.  \*

NEW CENTURY  \*
 MORTGAGE CORPORATION, *ET AL.*,
   \*
   Defendants.  \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### CONSENT TO REMOVAL

Defendant Premier Financial Company hereby consents to the removal of the above-captioned action by Defendant New Century Mortgage Corporation from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*/s/ Catherine A. Bledsoe*
Catherine A. Bledsoe, D.C. Bar No. 445172
Gordon, Feinblatt, Rothman, Hoffberger
 & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, Maryland 21202
Phone:  410-576-4000
Fax:  410-576-4026

Of Counsel:
Brian L. Moffet
Gordon, Feinblatt, Rothman, Hoffberger
 & Hollander, LLC
The Garrett Building,
233 East Redwood Street
Baltimore, Maryland 21202
*Attorneys for Defendant Premier Financial Company*

EXHIBIT A

8

05 1693
FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM,<br>  BY HER COURT-APPOINTED<br>  CONSERVATOR, ROBERT BUNN, ESQ, | *<br>*<br>* |
| Plaintiff, | * |
| v. | * |
| NEW CENTURY<br>  MORTGAGE CORPORATION, *ET AL.*, | *<br>* |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT TO REMOVAL

Defendant Pinnacle Title and Escrow, Inc. hereby consents to the removal of the above-captioned action by Defendant New Century Mortgage Corporation from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

_____
Leo A. Roth, Esq., D.C. Bar No.
Brault Graham
110 South Washington Street
Rockville, Maryland 20850
Phone: 301-424-1060
Fax: 301-424-7991

*Attorney for Defendant Pinnacle Title and Escrow, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM,<br>  BY HER COURT-APPOINTED<br>  CONSERVATOR, ROBERT BUNN, ESQ., | *<br><br>* |
| Plaintiff, | * |
| v. | * |
| NEW CENTURY<br>  MORTGAGE CORPORATION, *ET AL.*, | *<br><br>* |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO REMOVAL

Defendants Stephen F.J. Ornstein and Saxon Mortgage Services, Inc., hereby consent to the removal of the above-captioned action by Defendant New Century Mortgage Corporation from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

*(signature)* WITH CONSENT FOR
Matthew J. MacLean, D.C. Bar No. 479257
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
Phone: 202-663-8183
Fax: 202-663-8007

*Attorney for Defendants Stephen F.J. Ornstein
and Saxon Mortgage Services, Inc.*

# EXHIBIT B

# COPY OF NOTICE TO

# DISTRICT OF COLUMBIA

# SUPERIOR COURT

IN THE SUPERIOR COURT OF
THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM                        *

    Plaintiff                          *        Civil Action 05-5744

v.                                     *        Cal. 12: Judge Campbell

NEW CENTURY                            *        Next Event: Initial Conference
  MORTGAGE CORPORATION, *et al.*                 October 28, 2005, 9:30 a.m.
                                       *

    **Defendants.**

*    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF FILING NOTICE OF REMOVAL

To the Clerk of the Superior Court of the District of Columbia:

    PLEASE TAKE NOTICE THAT on August 24, 2005, defendant New Century Mortgage Corporation caused this action to be removed to the United States District Court for the District of Columbia. A copy of the Notice of Removal is attached hereto. Pursuant to 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded to this Court.

Respectfully Submitted,

*[signature]*

Adam M. Spence, Esq., D.C. Unified Bar No. 455836
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, Maryland 21204
Phone (410) 823-1881
Telecopier: (443) 836-9181
*Attorneys for Defendant New Century
Mortgage Corporation*

05 1693

FILED
AUG 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT B

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August, 2005, a copy of the foregoing *Notice of Removal* was mailed, first-class postage pre-paid, to:

Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
 & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, Maryland 21202
*Attorneys for Defendant Premier Financial Company*

Leo A. Roth, Esq.
Brault Graham
110 South Washington Street
Rockville, Maryland 20850
*Attorney for Defendant Pinnacle Title and Escrow, Inc.*

Matthew J. MacLean
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
*Attorney for Defendants Stephen F.J. Ornstein
 and Saxon Mortgage Services, Inc.*

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785
*Defendant pro se*

Robert Bunn
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006
*Conservator for and counsel to
Plaintiff, Emma Cunningham*

　　　　　　　　　　　　　　　　　/s/ Adam M. Spence
　　　　　　　　　　　　　　　　　Adam M. Spence

2