## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EMMA CUNNINGHAM** | * | |
| **Plaintiff** | * | Case No. 05-CV-1693 |
| v. | * | |
| **NEW CENTURY MORTGAGE CORPORATION,** *et al.* | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DISCLOSURE OF AFFILIATIONS AND INTERESTED PARTIES

Defendant, New Century Mortgage Corporation ("New Century"), by its undersigned counsel and pursuant to LOCAL CIVIL RULE 7.1, certifies that it is affiliated with the entities set forth on the organizational chart attached hereto as Exhibit A and incorporated herein by this reference.

New Century further certifies that no other entity has a financial interest in the outcome of this litigation.

Respectfully Submitted,

_____/s/ Adam M. Spence_____
Adam M. Spence, Esq.
D.C. Unified Bar No. 455836
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue, Suite 400
Towson, MD 21204
Phone:  (410) 823-1881
Fax:  (443) 836-9181
*Attorneys for Defendant*
   *New Century Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of August, 2005, a copy of the foregoing

*Disclosure of Affiliations and Interested Parties* was mailed, first-class postage pre-paid, to:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C., 20006-2606
*Conservator for Plaintiff, Emma Cunningham.*

Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, Maryland 21202
*Attorneys for Defendant Premier Financial Company*

Leo A. Roth, Esq.
Brault Graham
110 South Washington Street
Rockville, Maryland 20850
*Attorney for Defendant Pinnacle Title and Escrow, Inc.*

Matthew J. MacLean.
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1122
*Attorney for Defendants Stephen F.J. Ornstein
  and Saxon Mortgage Services, Inc.*

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785
*Defendant pro se*

                                _____/s/ Adam M. Spence_____
                                Adam M. Spence

Exhibit A

# NEW CENTURY FINANCIAL CORPORATION
(f/k/a New Century REIT, Inc.)
(Maryland)
incorporated 4/12/04
EIN: 56-2451736

## NEW CENTURY TRS HOLDINGS, INC.
(f/k/a New Century Financial Corporation)
(Delaware)
incorporated 11/17/95
EIN: 33-0683629

### NEW CENTURY MORTGAGE CORPORATION
(California)
incorporated 8/3/95
EIN: 93-1195257

- NEW CENTURY FUNDING I (Delaware) (Business Trust) formed 5/10/02
- NC RESIDUAL CORPORATION (Delaware) incorporated 3/20/98 EIN: 33-0804494
- NEW CENTURY MORTGAGE VENTURES LLC (Delaware) formed 10/7/04 EIN: 71-0973199
- NEW CENTURY FUNDING A (Delaware) (Business Trust) formed 5/13/02
- HOME123.COM, INC. (Florida) incorporated 5/24/2000 (acquired 5/17/2004) EIN: 59-3650997
- NC INSURANCE SERVICES, INC. (California) incorporated 3/19/04 EIN: 11-3715747
- NEW CENTURY FUNDING SB-1 (Delaware) (Business Trust) formed 5/21/02
- NCMC INSURANCE CORPORATION (Hawaii) incorporated 10/21/02 EIN: 74-3066670
- NORTH AMERICAN REAL ESTATE SOLUTIONS, INC. (California) incorporated 3/6/02 EIN: 54-2074916
- VON KARMAN FUNDING LLC (Delaware) formed 9/8/03 EIN: 20-0198478
- eCONDUIT Corporation (California) incorporated 9/23/02 EIN: 48-1282845
- NEW CENTURY MORTGAGE SECURITIES, INC. (Delaware) incorporated 3/25/99 EIN: 33-0852169
- NC CAPITAL CORPORATION (California) incorporated 10/30/98 EIN: 33-0829437
- NEW CENTURY R.E.O. CORP. (California) incorporated 8/28/98 EIN: 33-0824457
- NC RESIDUAL II CORPORATION (Delaware) incorporated 12/9/98 EIN: 33-0832525
- NC RESIDUAL III CORPORATION (Delaware) incorporated 2/25/02 EIN: 75-3023143
- NC PARTICIPATION I, LLC (Delaware) formed 12/27/02 EIN:

### NEW CENTURY WAREHOUSE CORPORATION
(California)
incorporated 9/22/03
EIN: 13-4268706

### ANYLOAN FINANCIAL CORPORATION
(Delaware)
incorporated 7/10/99
EIN: 33-0881514

- HOME123 CORPORATION (f/k/a The Anyloan Company) (California) incorporated 4/30/99 EIN: 33-0854965

New Data

### NC RESIDUAL IV CORPORATION
(Delaware)
incorporated 9/10/04
EIN: 41-2152421

### NEW CENTURY CREDIT CORPORATION
(f/k/a Worth Funding Incorporated)
(California)
incorporated 2/23/99
date of acquisition 3/20/00
EIN: 95-4722811

### NEW CENTURY MORTGAGE SECURITIES LLC
(Delaware)
formed 9/7/04
EIN:

EXHIBIT A

Effective October 5, 2004