UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Emma Cunningham, | ) | |
| By and Through her Court Appointed | ) | |
| Conservator, Robert Bunn, Esq., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 05-1693 |
| | ) | Judge Walton |
| New Century Mortgage Corporation, et al. | ) | |
| | ) | |
| Defendants | ) | |

APPEARANCE

The Clerk will please record the appearance of the undersigned as the Conservator for Emma Cunningham, Plaintiff herein.

Respectfully submitted,

_____
Robert Bunn, Esq.
D.C. Bar No. 124677
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606
(202) 293-5552
*Conservator for Emma Cunningham*

1

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading was mailed by first class U.S. mail, postage prepaid, to the following persons on the _____ day of September, 2005:

Adam M. Spence, Esq.
105 West Chesapeake Avenue
Suite 400
Towson, MD  21204

Matthew J. MacLean, Esq.
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N Street, N.W.
Washington, D.C.  20037-1128

Timothy J. Capurso, Esq.
Brian L. Moffett, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, MD  21202-3332

John Cunningham
Phoenix Program
521 N. Quincy Street
Arlington, VA  22203

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD  20850

                                                  _____
                                                  Robert Bunn