# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM,<br>  BY HER COURT-APPOINTED<br>  CONSERVATOR, ROBERT BUNN, ESQ, | *<br>*|
|     Plaintiff, | * |
| v. | *   Civil Action No. 05-CV-01693 |
| NEW CENTURY<br>  MORTGAGE CORPORATION, *ET AL.*, | *<br>* |
|     Defendants. | * |

\* * * * * * * * * * * * * * *

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
## ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Local Civil Rule 7.1 of the United States District Court for the District of Columbia, Defendant Premier Financial Company f/k/a Rob Funding Company, by and through its undersigned counsel, files its corporate disclosure statement:

1. Premier Financial Company f/k/a Rob Funding Company is a Maryland Corporation with no parents or affiliates.

179762_1

2. Premier Financial Company further certifies that no other related or affiliated entity has a potential financial interest in the outcome of the litigation.

> Respectfully submitted,
>
> _____/s/_____
> Catherine A. Bledsoe, D.C. Bar No. 445172
>
> GORDON, FEINBLATT, ROTHMAN,
>  HOFFBERGER & HOLLANDER, LLC
> The Garrett Building,
> 233 East Redwood Street
> Baltimore, Maryland 21202
> Phone: 410-576-4000
> Fax: 410-576-4026
> cbledsoe@gfrlaw.com
>
> Of Counsel:
> Brian L. Moffet
>
> GORDON, FEINBLATT, ROTHMAN, 0
>  HOFFBERGER & HOLLANDER, LLC
> The Garrett Building,
> 233 East Redwood Street
> Baltimore, Maryland 21202
> bmoffet@gfrlaw.com
>
> *Attorneys for Defendant Premier Financial Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of September, 2005, a copy of the foregoing Disclosure of Corporate Affiliations and Other Entities with a Direct Financial Interest in Litigation was electronically filed in this case and mailed via first class mail, postage prepaid, to:

> Robert Bunn, Esq.
> 910 17th Street, N.W., Suite 800
> Washington, DC 20006-20006
> *Attorney for Plaintiff, Emma Cunningham*
>
> Adam M. Spence, Esq.
> Law Offices of Adam M. Spence, P.C.
> 105 West Chesapeake Avenue, Suite 400
> Towson, MD 21204
> *Attorneys for Defendant New Century Mortgage Corporation*
>
> Matthew J. MacLean, Esq.
> Pillsbury, Winthrop, Shaw & Pittman, LLP
> 2300 N. Street, NW
> Washington, DC 20037-1128
> *Attorney for Defendants Stephen F.J. Ornstein*
>   *And Saxon Mortgage Services, Inc.*
>
> John Cunningham
> Phoenix Program
> 521 N. Quincy Street
> Arlington, VA 22203
> *Defendant pro se*
>
> Leo A. Roth, Jr., Esquire
> Brault Graham
> 110 South Washington Street
> Rockville, MD 20850
> *Attorney for Defendant Pinnacle Title & Escrow, Inc.*

/s/
Catherine A. Bledsoe
