## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA CUNNINGHAM,<br>  BY HER COURT-APPOINTED<br>  CONSERVATOR, ROBERT BUNN, ESQ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-CV-01693 |
| NEW CENTURY<br>  MORTGAGE CORPORATION, *et al.*, | *<br>* | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Catherine A. Bledsoe, am a member in good standing of the bar of this Court. My bar number is 445172. I am moving the admission of Brian L. Moffet to appear *pro hac vice* in this case as counsel for Defendant Premier Financial Company and in support, states as follows:

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

   **Courts:**

   > Court of Appeals of Maryland
   > United States District Court for the District of Maryland
   > United States Court of Appeals for the District of Columbia
   > United States Court of Appeals for the 4th Circuit

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac* in this Court 1 time. The style of that case is *Viola Johnson, et al. v. Long Beach Mortgage Loan rust 2001-4*, Civil Action No. 05-Cv-00644-CKK.

179776-1 , 9/14/2005

3. The proposed admittee has never been disbarred suspended or denied admission to practice law in any jurisdiction.

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

|  | Respectfully submitted, |
|---|---|
| MOVANT | PROPOSED ADMITTEE |
| /s/_____ | /s/_____ |
| Catherine A. Bledsoe, D.C. Bar No. 445172 | Brian L. Moffet |
| Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC | Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC |
| 233 East Redwood Street | 233 East Redwood Street |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| (410) 576-4000 | (410) 576-4000 |
| (410) 576-4246 (FAX) | (410) 576-4246 (FAX) |
| cbledsoe@gfrlaw.com (E-mail) | bmoffet@gfrlaw.com (E-mail) |

## **ORDER**

|  GRANTED  |  DENIED  |
|---|---|
| _____ | _____ |
| Date | Clerk, United States District Court |
|  | For the District of Columbia |

179776-1, 9/14/2005

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of September, 2005, a copy of the foregoing Motion for Admission Pro Hac Vice was electronically filed in this case and mailed via first class mail, postage prepaid to:

Robert Bunn, Esq.
910 17th Street, N.W., Suite 800
Washington, DC 20006-2606
*Attorney for Plaintiff, Emma Cunningham*

Adam M. Spence, Esq.
Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD 21204
*Attorneys for Defendant New Century Mortgage Corporation*

Matthew J. MacLean, Esq.
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N. Street, NW
Washington, DC 20037-1128
*Attorney for Defendants Stephen F.J. Ornstein
  And Saxon Mortgage Services, Inc.*

John Cunningham
Phoenix Program
521 N. Quincy Street
Arlington, VA 22203
*Defendant pro se*

Leo A. Roth, Jr., Esquire
Brault Graham
110 South Washington Street
Rockville, MD 20850
*Attorney for Defendant Pinnacle Title & Escrow, Inc.*

                                                     /s/
                                          Catherine A. Bledsoe