## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EMMA CUNNINGHAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 05-CV-1693** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NEW CENTURY MORTGAGE** | ) | |
| **CORPORATION,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT SAXON MORTGAGE SERVICES, INC.'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for Defendant Saxon Mortgage Services, Inc., certify that to the best of my knowledge and belief, the following is a parent company of Saxon Mortgage Services, Inc. which has outstanding securities in the hands of the public:

Saxon Capital, Inc.

These representations are made in order that the judges of this Court may determine the need for recusal.

Date:  September 20, 2005

Respectfully submitted,

SAXON MORTGAGE SERVICING, INC.,
STEPHEN F.J. ORNSTEIN, ESQ.
By Counsel

_____/s/ Deborah B. Baum_____
Deborah B. Baum, P.C.  (DC Bar No. 393019)
Matthew J. MacLean  (DC Bar No. 479257)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC  20037-1128
Telephone:  202-663-8000
Facsimile:  202-663-8007

Counsel for Saxon Mortgage Servicing, Inc.,
and Stephen F.J. Ornstein, Esq.

## Certificate of Service

I certify that on September 20, 2005, I caused a copy the foregoing to be filed

electronically and served by first class, postage prepaid, U.S. mail upon each of the following:

Robert Bunn, Esq.
910 17th Street, NW
Suite 800
Washington, DC  20006-2606
*Counsel and Conservator for*
*Plaintiff Emma Cunningham*

Adam M. Spence, Esq.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204-4542
*Counsel for New Century Mortgage Corporation*

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD  20850
*Counsel for Pinnacle Title and Escrow, Inc.*

Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD  21202-3332
*Counsel for Premier Financial Co.*

John Cunningham
6858 West Forest Road
Hyattsville, MD  20785


_____/s/ Deborah B. Baum_____
Deborah B. Baum