IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMMA CUNNINGHAM, <br><br> Plaintiff, <br><br> v. <br><br> NEW CENTURY MORTGAGE CORPORATION, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 05-CV-1693 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT SAXON MORTGAGE SERVICES, INC.'S CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Defendant Saxon Mortgage Services, Inc., certify that to the best of my knowledge and belief, the following is a parent company of Saxon Mortgage Services, Inc. which has outstanding securities in the hands of the public:

Saxon Capital, Inc.

These representations are made in order that the judges of this Court may determine the need for recusal.

Date:  September 20, 2005                    Respectfully submitted,

                                             SAXON MORTGAGE SERVICING, INC.,
                                             STEPHEN F.J. ORNSTEIN, ESQ.
                                             By Counsel

              /s/ Deborah B. Baum
Deborah B. Baum, P.C.  (DC Bar No. 393019)
Matthew J. MacLean  (DC Bar No. 479257)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC  20037-1128
Telephone:  202-663-8000
Facsimile:  202-663-8007

Counsel for Saxon Mortgage Servicing, Inc.,
and Stephen F.J. Ornstein, Esq.

## Certificate of Service

I certify that on September 20, 2005, I caused a copy the foregoing to be filed electronically and served by first class, postage prepaid, U.S. mail upon each of the following:

Robert Bunn, Esq.
910 17th Street, NW
Suite 800
Washington, DC 20006-2606
*Counsel and Conservator for
Plaintiff Emma Cunningham*

Adam M. Spence, Esq.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204-4542
*Counsel for New Century Mortgage Corporation*

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850
*Counsel for Pinnacle Title and Escrow, Inc.*

Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD 21202-3332
*Counsel for Premier Financial Co.*

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785


                                                      /s/ Deborah B. Baum
                                            Deborah B. Baum