IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM, ) | |
| ) | |
| Plaintiff, ) | Case No. 05-CV-1693 |
| ) | |
| v. ) | |
| ) | |
| NEW CENTURY MORTGAGE ) | |
| CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS SAXON MORTGAGE SERVICES, INC.
AND STEPHEN F.J. ORNSTEIN'S ERRATA STATEMENT
REGARDING PROPOSED ORDER**

Defendants Saxon Mortgage Services, Inc. ("Saxon") and Stephen F.J. Ornstein, Esq. ("Ornstein") hereby notify the court and the parties that the following attachment (a Proposed Order) is the correct attachment to the Defendants' Motion to Dismiss, filed via the Court's Electronic Case Filing system on this date and reflected in ECF as Document Number 7. The Proposed Order accompanying this Errata Statement as an attachment should thus be substituted for the attachment that currently accompanies Document Number 7 in the ECF system.

Date:  September 20, 2005                     Respectfully submitted,

                                                                                   SAXON MORTGAGE SERVICES, INC.,
                                                                                   STEPHEN F.J. ORNSTEIN, ESQ.
                                                                                   By Counsel

      /s/ Deborah B. Baum
Deborah B. Baum, P.C.  (DC Bar No. 393019)
Matthew J. MacLean  (DC Bar No. 479257)
PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC  20037-1128
Telephone:  202-663-8000
Facsimile:  202-663-8007

Counsel for Saxon Mortgage Services, Inc.,
and Stephen F.J. Ornstein, Esq.

2

## Certificate of Service

I certify that on September 20, 2005, I caused a copy the foregoing to be filed electronically and served by first class, postage prepaid, U.S. mail upon each of the following:

Robert Bunn, Esq.
910 17th Street, NW
Suite 800
Washington, DC 20006-2606
*Counsel and Conservator for
Plaintiff Emma Cunningham*

Adam M. Spence, Esq.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204-4542
*Counsel for New Century Mortgage Corporation*

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850
*Counsel for Pinnacle Title and Escrow, Inc.*

Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD 21202-3332
*Counsel for Premier Financial Co.*

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785

                                              /s/ Deborah B. Baum
                                              Deborah B. Baum