IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW CENTURY MORTGAGE )<br>CORPORATION, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Case No. 05-CV-1693 |

## ORDER

Upon Saxon Mortgage Services, Inc. and Stephen F.J. Ornstein, Esq.'s Motion to Dismiss, it appearing to the Court for the reasons stated therein that the motion should be granted, it is hereby

ORDERED that the Complaint for Declaratory Judgment, Injunctive, and Other Relief is dismissed with prejudice as to Defendants Saxon Mortgage Services, Inc. and Stephen F.J. Ornstein, Esq.

Date:_____

_____
Judge, United States District Court