## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM,                          *
  BY HER COURT-APPOINTED
  CONSERVATOR, ROBERT BUNN, ESQ,    *

     Plaintiff,                    *

v.                                        *    Civil Action No. 05-CV-01693

NEW CENTURY                               *
  MORTGAGE CORPORATION, *et al.*,
                       *

     Defendants.                   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANTS PREMIER FINANCIAL COMPANY'S
### MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant Premier Financial Company ("Premier"), by and through its undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint for Declaratory Judgment, Injunctive and Other Relief ("the Complaint") for failure to state a claim upon which relief can be granted and for failure to plead fraud with particularity as required by Rule 9(b).

The facts giving rise to this lawsuit are predicated upon two separate transactions. The first transaction was between Plaintiff and her grandson, John Cunningham, and involved a deed conveying certain real property located at 911 Evarts Street, N.E. in Washington, D.C. ("the Property") from Plaintiff to Plaintiff and Mr. Cunningham as joint tenants. The second transaction was between New Century Mortgage Corporation, on the one hand, and Plaintiff and Mr. Cunningham, on the other hand,

183059.1
9/21/2005

and involved a loan in the amount of $120,000 secured by a Deed of Trust on the Property.  Premier is

alleged to have been the broker of the loan made by New Century in the second transaction.

Plaintiff filed this lawsuit against Premier and others seeking (a) a judicial determination that the

deed conveying the Property from Plaintiff to Plaintiff and Mr. Cunningham as joint tenants and the

Deed of Trust securing the loan from New Century are unenforceable; (b) an injunction enjoining the

defendants from exercising any rights under the deed, Deed of Trust, and the loan; and (c) an award of

compensatory and punitive damages.  The gravamen of Plaintiff's claims is two-fold.  First, Plaintiff

claims that defendants engaged in a scheme to defraud her of the ownership of the Property.  Second,

she claims that New Century failed to make certain unidentified disclosures required under the federal

TILA and the D.C. Usury Act in connection with the loan transaction.

On September 20, 2005, co-defendants Saxon Mortgage Services, Inc. and Stephen F.J.

Orenstein moved to dismiss the Complaint on the grounds that Plaintiff failed to state a claim upon

which relief can be granted and failed to satisfy the demanding requirement of Rule 9(b) that allegations

of fraud be pleaded with particularity.  *See* Paper No. 7, Motion to Dismiss.  The arguments supporting

co-defendants' Motion to Dismiss apply with equal force to Premier.  Accordingly, rather than repeat

the same arguments and legal analyses that are already before this Court in similar papers, Premier

hereby adopts and incorporates by reference co-defendants Saxon Mortgage Services, Inc. and Stephen

F.J. Orenstein's Motion to Dismiss and supporting Memorandum and requests dismissal of Plaintiff's

Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

WHEREFORE, for the reasons set forth in this Motion and in co-defendants Saxon Mortgage

Services, Inc. and Stephen F.J. Orenstein's Motion to Dismiss, incorporated herein by reference,

183059_1, 9/22/05

Defendant Premier Financial Company respectfully requests that Plaintiff's Complaint be dismissed with prejudice for failure to state a claim upon which relief can be granted.

Respectfully submitted,

_____/s/_____

Catherine A. Bledsoe, D.C. Bar No. 445172

GORDON, FEINBLATT, ROTHMAN,
  HOFFBERGER & HOLLANDER, LLC
The Garrett Building,
233 East Redwood Street
Baltimore, Maryland 21202
Phone: 410-576-4000
Fax: 410-576-4026
cbledsoe@gfrlaw.com

Of Counsel:
Brian L. Moffet
(*motion for admission pro hac vice pending*)
GORDON, FEINBLATT, ROTHMAN,
  HOFFBERGER & HOLLANDER, LLC
The Garrett Building,
233 East Redwood Street
Baltimore, Maryland 21202
bmoffet@gfrlaw.com

*Attorneys for Defendant Premier Financial Company*

183059_1, 9/22/05

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2005, a copy of the foregoing Motion

to Dismiss was electronically filed in this case and mailed via first class mail, postage prepaid, to:

Robert Bunn, Esq.
910 17th Street, N.W., Suite 800
Washington, DC 20006-2606
*Attorney for Plaintiff, Emma Cunningham*

Adam M. Spence, Esq.
Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD 21204
*Attorneys for Defendant New Century Mortgage Corporation*

Matthew J. MacLean, Esq.
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N. Street, NW
Washington, DC 20037-1128
*Attorney for Defendants Stephen F.J. Ornstein
    And Saxon Mortgage Services, Inc.*

John Cunningham
Phoenix Program
521 N. Quincy Street
Arlington, VA 22203
*Defendant pro se*

Leo A. Roth, Jr., Esquire
Brault Graham
110 South Washington Street
Rockville, MD 20850
*Attorney for Defendant Pinnacle Title & Escrow, Inc.*

                                    /s/
                            Catherine A. Bledsoe

4

183059_1, 9/22/05