## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM, <br>   BY HER COURT-APPOINTED <br>   CONSERVATOR, ROBERT BUNN, ESQ, <br><br>     Plaintiff, <br><br> v. <br><br> NEW CENTURY <br>   MORTGAGE CORPORATION, *et al.*, <br><br>     Defendants. | * <br> * <br> * <br> * <br> *    Civil Action No. 05-CV-01693 <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

Upon consideration of the Motion to Dismiss Plaintiff's Complaint filed by Defendant Premier Financial Company, and any opposition thereto, for good cause shown, it is this _____ day of _____,2005, hereby

**ORDERED**, that the Motion to Dismiss Plaintiff's Complaint be and hereby is **GRANTED**, and Plaintiff's Complaint is hereby dismissed with prejudice as to Defendant Premier Financial Company.

_____
Judge, United States District Court

184013.1
9/22/2005