UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Emma Cunningham, )
By and Through her Court Appointed )
Conservator, Robert Bunn, Esq., )
 )
    Plaintiff )
 )
v. )  Case No. 05-1693
 )  RBW (Judge Walton)
New Century Mortgage Corporation, et al. )
 )
    Defendants )

**PARTIAL EXCEPTION TO NOTICE OF REMOVAL**

    Plaintiff Emma Cunningham, by her court-appointed Conservator, Robert Bunn, herewith takes partial exception to the Notice of Removal filed by Defendant New Century Mortgage Company and consented to by several Defendants, to wit:

    In Paragraphs 8 and 15 of the Notice of Removal, it is alleged that the removal is pursuant to 28 U.S.C. Sec. 1332, there being a diversity of citizenship between the Plaintiff, a citizen of the District of Columbia, and Defendant John Cunningham, said to be a citizen of the State of Maryland. Upon belief and information, Defendant John Cunningham is in fact a citizen of the District of Columbia having lived at 911 Evarts Street, N.E. all of his life. It is also alleged that Steven Ornstein, a District of Columbia resident, is not a necessary party to the action. Mr. Ornstein, the Deed of Trust Trustee, is necessary since all parties of record must be joined in a suit to void the conveyance in which he acquired title and he is the record title holder. See Complaint, Exhibit B-1, Page 3; D.C. Code §42-803; <u>District of Columbia</u> v. <u>Mayhew</u>, 601 A. 2d 37 (DC 1991).

Therefore, there is no diversity of citizenship between the Plaintiff and all Defendants, as required to confer diversity of citizenship jurisdiction on this Honorable Court.

Respectfully submitted,

_____/s/_____
Robert Bunn, Esq.
D.C. Bar No. 124677
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606
(202) 293-5552
*Conservator for Emma Cunningham*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading was mailed by first class U.S. mail, postage prepaid, to the following persons on the 23rd day of September, 2005:

Adam M. Spence, Esq.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204

Matthew J. MacLean, Esq.
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128

Timothy J. Capurso, Esq.
Brian L. Moffett, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, MD 21202-3332

John Cunningham
Phoenix Program
521 N. Quincy Street
Arlington, VA 22203

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850

                                                  _____/s/_____
                                                        Robert Bunn