IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM by her         *
Conservator, Robert Bunn

    Plaintiff,

                                *    Case No. 05-CV-1693

v.                                      *

NEW CENTURY MORTGAGE CORP., et al.     *

    Defendants.

## **NOTICE**

The Clerk will please note that counsel for the undersigned Defendant, Pinnacle Title and Escrow, Inc., has inadvertently been left off of the Docket Sheet for this matter, and therefore, has not received any electronic notices from the Court. Counsel requests that the Docket Sheet be corrected to include counsel's name and law firm, and include the address and telephone number as indicated below. The correct email address for the undersigned is lroth@braultgraham.com.

                                       Respectfully submitted,

                                       BRAULT GRAHAM, P.L.L.C.

                                             /s/
                                     LEO A. ROTH, JR.,  #11064
                                     110 South Washington Street
                                     Rockville, MD  20850
                                     (301) 424-1060
                                     Counsel for Pinnacle Title and Escrow, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of September 2005, a copy of the foregoing **Notice**, was mailed, via first class mail, postage prepaid, to :

Robert Bunn, Esquire
910 17th Street, N.W., Suite 800
Washington, DC  20006-2606
Conservator for Emma Cunningham

Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD  21204
Counsel or New Century Mortgage Corporation

Deborah B. Baum, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Counsel for Stephen F.J. Ornstein and
Saxon Mortgage Services, Inc.

Brian L. Moffet, Esquire
Catherine A. Bledsoe, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD  21202
Counsel for Premier Financial Company

John Cunningham
6858 West Forest Road
Hyattsville, MD  20785

                                            /s/
                                     LEO A. ROTH, JR.