UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Emma Cunningham,<br>By and Through her Court Appointed<br>Conservator, Robert Bunn, Esq.,<br><br>    Plaintiff<br><br>v.<br><br>New Century Mortgage Corporation, et al.<br><br>    Defendants | Case No. 05-cv-1693<br>RBW (Judge Walton) |

ORDER

The Court, having considered the Defendants Saxon Mortgage Services, Inc. and Stephen F.J. Ornstein's Motion to Dismiss and Motion to Dismiss Plaintiff's Complaint of Premier Financial Company, the opposition thereto, the record in this case, and all applicable points and authorities, and it appearing that the Motions should be denied, it is this _____ day of _____, 2005 hereby Ordered That:

1. The Motion to Dismiss Plaintiff's Complaint of Premier Financial Company is denied.

2. Defendants Saxon Mortgage Services, Inc. and Stephen F.J. Ornstein's Motion to Dismiss is denied.

SO ORDERED.

_____
Judge

cc:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

Adam M. Spence, Esq.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204

Michelle Patail, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

Timothy J. Capurso, Esq.
Brian L. Moffett, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
233 East Redwood Street
Baltimore, MD 21202-3332

John Cunningham
Phoenix Program
521 N. Quincy Street
Arlington, VA 22203

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850