IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM,<br><br>    Plaintiff,<br><br>v.<br><br>NEW CENTURY MORTGAGE<br>CORPORATION, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 05-CV-1693-RBW<br>)<br>)<br>)<br>)<br>)<br>) |

### APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter the appearance of David W. Goewey as counsel in this case for:

Saxon Mortgage Services, Inc. and Stephen F.J. Ornstein, Esquire.


Date:  October 13, 2005

 

*/s/ David W. Goewey*
David W. Goewey, Esquire
D.C. Bar 414257
VENABLE LLP
575 7th Street, N.W.
Washington, D.C.  20004-1601
Telephone:  (202) 344-4853

## CERTIFICATE OF SERVICE

I certify that on October 13, 2005, I caused a copy the foregoing to be filed electronically and served by U.S. mail, postage prepaid, upon each of the following:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606
*Counsel and Conservator for Plaintiff Emma Cunningham*

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue
Suite 400
Towson, MD 21204
*Counsel for Defendant New Century Mortgage Corporation*

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850
*Counsel for Defendant Pinnacle Title and Escrow, Inc.*

Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffburger & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD 21202
*Counsel for Defendant Premier Financial Co.*

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785

Matthew J. MacLean, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
*Counsel for Defendants Saxon Mortgage Servicing, Inc.
  and Stephen F.J. Ornstein, Esq.*

_____
Michelle Patail