IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM, <br>  BY HER COURT-APPOINTED <br>  CONSERVATOR, ROBERT BUNN, ESQ, <br><br>    Plaintiff, <br><br> v. <br><br> NEW CENTURY <br>   MORTGAGE CORPORATION, *et al.*, <br><br>    Defendants. | * <br> * <br> * <br> * <br> *    Civil Action No. 05-CV-01693 <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT PREMIER FINANCIAL COMPANY'S MOTION, WITH CONSENT, FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS**

Defendant Premier Financial Company, with the consent of plaintiff's counsel, moves for leave to file its Reply in further support of its Motion to Dismiss Plaintiff's Complaint one (1) day late. A copy of Premier's Reply is attached hereto as **Exhibit 1**. As reasons for its motion, Premier states:

1.  On September 22, 2005, Premier moved to dismiss Plaintiff's Complaint for Declaratory Judgment, Injunctive and Other Relief ("the Complaint") for failure to state a claim upon which relief can be granted and for failure to plead fraud with particularity as required by Rule 9(b). See Document 11. Premier's motion incorporated by reference the motion to dismiss filed by co-defendants Saxon Mortgage Services, Inc. ("Saxon Mortgage") and Stephen F.J. Orenstein ("Orenstein") two (2) days earlier on September 20, 2005. See Document 7.

2.  On October 5, 2005, Plaintiff filed a consolidated opposition opposing the motions to dismiss filed by co-defendants Saxon Mortgage and Orenstein and by Premier. See Document 14.

3.     On October 13, 2005, co-defendants Saxon Mortgage and Orenstein timely filed a Reply Brief in further support of the dismissal of Plaintiff's Complaint and in response to Plaintiff's Opposition to Defendants' Motions to Dismiss.

4.     Premier's counsel was out of the office on October 13, 2005 pursuant to religious observance (Yom Kippur) and thus, was unable to file on that date.

5.     Granting Premier leave to file its Reply one (1) day late will not prejudice Plaintiff. Premier's Reply simply adopts and incorporates by reference the Reply Brief timely filed by co-defendants Saxon Mortgage and Orenstein.  See Exhibit 1

6.     Plaintiff's counsel consents to the late filing of the Reply.

WHEREFORE, Defendant Premier Financial Company respectfully requests that this Court enter an order granting Defendant Premier Financial Company leave to file its Reply in further support of its Motion to Dismiss Plaintiff's Complaint one (1) day late.

Respectfully submitted,

/s/
Brian L. Moffet
(*admitted pro hac vice*)
Catherine A. Bledsoe, D.C. Bar No.  445172

GORDON, FEINBLATT, ROTHMAN,
 HOFFBERGER & HOLLANDER, LLC
The Garrett Building,
233 East Redwood Street
Baltimore, Maryland 21202
Phone:  410-576-4000
Fax:  410-576-4026
bmoffet@gfrlaw.com
cbledsoe@gfrlaw.com

*Attorneys for Defendant Premier Financial Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of October, 2005, a copy of the foregoing Motion, with Consent, for Leave to file Reply in further Support of Motion to Dismiss was electronically filed in this case and mailed via first class mail, postage prepaid, to:

Robert Bunn, Esq.
910 17th Street, N.W., Suite 800
Washington, DC 20006-2606
*Attorney for Plaintiff, Emma Cunningham*

Adam M. Spence, Esq.
Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD 21204
*Attorneys for Defendant New Century Mortgage Corporation*

Matthew J. MacLean, Esq.
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N. Street, NW
Washington, DC 20037-1128
*Attorney for Defendants Stephen F.J. Ornstein*
  *And Saxon Mortgage Services, Inc.*

John Cunningham
Phoenix Program
521 N. Quincy Street
Arlington, VA 22203
*Defendant pro se*

Leo A. Roth, Jr., Esquire
Brault Graham
110 South Washington Street
Rockville, MD 20850
*Attorney for Defendant Pinnacle Title & Escrow, Inc.*

                              /s/
                    Brian L. Moffet