IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA CUNNINGHAM,  BY HER COURT-APPOINTED  CONSERVATOR, ROBERT BUNN, ESQ, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-CV-01693 |
| NEW CENTURY  MORTGAGE CORPORATION, *et al.*, | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT PREMIER FINANCIAL COMPANY'S REPLY
IN FURTHER SUPPORT MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

In further support of the dismissal of Plaintiff's Complaint and in response to Plaintiff's Opposition to Defendants' Motion to Dismiss, Defendant Premier Financial Company ("Premier"), by and through its undersigned counsel, adopts and incorporates by reference the Reply Brief filed by co-defendants Saxon Mortgage Services, Inc. and Stephen F.J. Orenstein on October 13, 2005. See Document 16. The arguments raised in co-defendants' Reply Brief apply with equal force to Premier and support the dismissal of Plaintiff's Complaint as to Premier.

**EXHIBIT 1**

195432.1
10/14/2005

WHEREFORE, for the reasons set forth in this Reply, in Defendant Premier Financial Company's Motion to Dismiss, and in co-defendants Saxon Mortgage Services, Inc. and Stephen F.J. Orenstein's Motion to Dismiss and Reply Brief, Plaintiff's Complaint should be dismissed with prejudice for failure to state a claim upon which relief can be granted.

    Respectfully submitted,

    /s/
Brian L. Moffet
(*admitted pro hac vice*)
Catherine A. Bledsoe, D.C. Bar No. 445172

GORDON, FEINBLATT, ROTHMAN,
 HOFFBERGER & HOLLANDER, LLC
The Garrett Building,
233 East Redwood Street
Baltimore, Maryland 21202
Phone: 410-576-4000
Fax: 410-576-4026
bmoffet@gfrlaw.com
cbledsoe@gfrlaw.com

*Attorneys for Defendant Premier Financial Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October , 2005, a copy of the foregoing Reply in further support of Motion to Dismiss was electronically filed in this case and mailed via first class mail, postage prepaid, to:

Robert Bunn, Esq.
910 17th Street, N.W., Suite 800
Washington, DC 20006-2606
*Attorney for Plaintiff, Emma Cunningham*

Adam M. Spence, Esq.
Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD 21204
*Attorneys for Defendant New Century Mortgage Corporation*

Matthew J. MacLean, Esq.
Pillsbury, Winthrop, Shaw & Pittman, LLP
2300 N. Street, NW
Washington, DC 20037-1128
*Attorney for Defendants Stephen F.J. Ornstein
  And Saxon Mortgage Services, Inc.*

John Cunningham
Phoenix Program
521 N. Quincy Street
Arlington, VA 22203
*Defendant pro se*

Leo A. Roth, Jr., Esquire
Brault Graham
110 South Washington Street
Rockville, MD 20850
*Attorney for Defendant Pinnacle Title & Escrow, Inc.*

                                                    /s/
                                    Brian L. Moffet

3