IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM,<br>  BY HER COURT-APPOINTED<br>  CONSERVATOR, ROBERT BUNN, ESQ, | * |
| | * |
| Plaintiff, | * |
| v. | *   Civil Action No. 05-CV-01693 |
| NEW CENTURY<br>  MORTGAGE CORPORATION, *et al.*, | * |
| | * |
| Defendants. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

This matter having come before the Court upon Defendant Premier Financial Company's Motion, with consent, for Leave to file Reply in further Support of Motion to Dismiss, good cause having been shown, it is by this Court this _____ day of October, 2005,

**ORDERED** that Defendant's Motion for Leave to File Reply in further Support of Motion to Dismiss is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the Reply in further Support of Motion to Dismiss attached as Exhibit 1 to Defendant Premier Financial Company's Motion, with consent, for Leave to File Reply in further Support of Motion to Dismiss shall be deemed filed with the Court as of the date of the entry of this Order.

_____
Judge, United States District Court
   for the District of Columbia

195565.1
10/14/2005