IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM by her            *
Conservator, Robert Bunn

    Plaintiff,
                                            *     Case No. 05-CV-1693

v.                                *

NEW CENTURY MORTGAGE CORP., et al.     *

    Defendants.

**MOTION OF DEFENDANT,
PINNACLE TITLE AND ESCROW, INC. TO DISMISS**

COMES NOW Defendant, Pinnacle Title and Escrow, Inc., by and through counsel of record, Leo A. Roth, Jr., Esquire and Brault Graham, P.L.L.C., and pursuant to Fed. R. Civ. P. 12(b)(6), respectfully requests that this Court dismiss Plaintiff's Complaint for Declaratory Judgment, Injunctive, and Other Relief ("Complaint") for failure to state a claim on which relief can be granted and for failure to plead fraud with particularity. In support of this Motion to Dismiss, Defendant states as follows.

Plaintiff has included six counts in the Complaint. These include Count One – Declaratory Relief, Count Two – Injunctive Relief, Count Three - Damages and Costs, Count Four – Truth in Lending Act Violations, Count Five – District of Columbia Usury Act, and Count Six – Other Relief. Of these Counts, the only one that is directed to this Defendant is Count Three. Pinnacle is not mentioned in any other place under the Counts portion of the Complaint. It is only mentioned in paragraphs 23-25 of the 31 numbered paragraphs in the Factual portion of the Complaint. In paragraphs 23-25, Plaintiff

generally alleges that Pinnacle negligently, willfully, and fraudulently allowed Plaintiff to execute the Loan and Deed documents, claiming that she did not have the requisite mental capacity to execute same. Plaintiff has merely made statements without supporting these statements with any specific factual allegations against this Defendant as required under Fed. R. Civ. P. 9(b).

    The role of Defendant, Pinnacle Title and Escrow, Inc.("Pinnacle") regarding the settlement at issue in this matter was that of acting as a settlement agent pursuant to directions given to it by the lender. Pinnacle did not, nor has Plaintiff alleged, that it participated in any of the negotiations and/or discussions between any of the parties concerning the agreement for the loan in question. Subsequent to the agreement for the loan and securing same, the lender gave instructions to Pinnacle to conduct the settlement.

    Pinnacle was not in any position to know whether or not Mrs. Cunningham was or was not competent to participate in the settlement for the loan at issue. The law in the District of Columbia requires that the Plaintiff show that the Defendant made false representations of material facts with the intention of deceiving or defrauding the Plaintiff. *See In re U.S. Office Prods. Cos. Sec. Litig.,* 251 F. Supp. 2d (D.D.C. 2003). There is no such showing against this Defendant in Plaintiff's Complaint.

    Rather than reiterating what has already been pled by the co-defendants in their Motions to dismiss the Complaint, this Defendant adopts and incorporates herein by reference, the Memoranda of Points and Authorities of the co-defendants including within their motions.

WHEREFORE, for the reasons stated above, Defendant Pinnacle Title and Escrow, Inc., respectfully moves this Court for an Order dismissing the Complaint against this Defendant.

>Respectfully submitted,
>
>BRAULT GRAHAM, P.L.L.C.
>
>
>       /s/
>LEO A. ROTH, JR.,  #11064
>110 South Washington Street
>Rockville, MD  20850
>(301) 424-1060
>Counsel for Pinnacle Title and Escrow, Inc.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October 2005, a copy of the foregoing **Motion of Defendant, Pinnacle Title and Escrow, Inc., to Dismiss the Complaint**, was mailed, via first class mail, postage prepaid, to :

Robert Bunn, Esquire
910 17th Street, N.W., Suite 800
Washington, DC  20006-2606
Conservator for Emma Cunningham

Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD  21204
Counsel or New Century Mortgage Corporation

Deborah B. Baum, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Counsel for Stephen F.J. Ornstein and
Saxon Mortgage Services, Inc.

David W. Goewey, Esquire
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601
Counsel for Stephen F.J. Ornstein and
Saxon Mortgage Services, Inc.

Brian L. Moffet, Esquire
Catherine A. Bledsoe, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD  21202
Counsel for Premier Financial Company

John Cunningham
6858 West Forest Road
Hyattsville, MD  20785

/s/
LEO A. ROTH, JR.