IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM by her         *
Conservator, Robert Bunn

    Plaintiff,

                                           *      Case No. 05-CV-1693 (RBW)

v.                                       *

NEW CENTURY MORTGAGE CORP., et al.      *

    Defendants.

## **ORDER**

UPON CONSIDERATION of the Motion of Defendant, Pinnacle Title and Escrow, Inc., to Dismiss, any Opposition, and the record, it is this _____ day of _____, 2005, hereby

ORDERED that the Motion to Dismiss the Complaint against Defendant is hereby GRANTED.

_____
Judge Reggie B. Walton, U.S. District Court for the District of Columbia

Copies to:

Leo A. Roth, Jr., Esquire
Brault Graham, P.L.L.C.
110 South Washington Street
Rockville, MD  20850
Counsel for Defendant, Pinnacle
Title and Escrow, Inc.

Robert Bunn, Esquire
910 17th Street, N.W., Suite 800
Washington, DC  20006-2606
Conservator for Emma Cunningham

Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD  21204
Counsel or New Century Mortgage Corporation

Deborah B. Baum, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Counsel for Stephen F.J. Ornstein and
Saxon Mortgage Services, Inc.

David W. Goewey, Esquire
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601
Counsel for Stephen F.J. Ornstein and
Saxon Mortgage Services, Inc.

Brian L. Moffet, Esquire
Catherine A. Bledsoe, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD  21202
Counsel for Premier Financial Company


John Cunningham

6858 West Forest Road
Hyattsville, MD  20785

/s/
LEO A. ROTH, JR.
