IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM by her           *
Conservator, Robert Bunn

    Plaintiff,

                                        *    Case No. 05-CV-1693

v.                                        *

NEW CENTURY MORTGAGE CORP., et al.    *

    Defendants.

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT,
<u>PINNACLE TITLE AND ESCROW, INC.</u>**

    Pursuant to Local Civil Rule 7.1 of the United States District Court for the District of Columbia, Defendant Pinnacle Title and Escrow, Inc., by and through counsel of record, Leo A. Roth, Jr., Esquire and Brault Graham, P.L.L.C., discloses as follows:

    1.    Pinnacle Title & Escrow, Inc., is a Maryland Corporation with no affiliate or parent companies.

                                        Respectfully submitted,

                                        BRAULT GRAHAM, P.L.L.C.

                                        /s/
                                      LEO A. ROTH, JR., #11064
                                      110 South Washington Street
                                      Rockville, MD 20850
                                      (301) 424-1060
                                      Counsel for Pinnacle Title and Escrow, Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th of October 2005, a copy of the foregoing **Corporate Disclosure Statement of Defendant, Pinnacle Title and Escrow, Inc.**, was mailed, via first class mail, postage prepaid, to :

Robert Bunn, Esquire
910 17th Street, N.W., Suite 800
Washington, DC  20006-2606
Conservator for Emma Cunningham

Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD  21204
Counsel or New Century Mortgage Corporation

Deborah B. Baum, Esquire
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, N.W.
Washington, DC  20037-1122
Counsel for Stephen F.J. Ornstein and
Saxon Mortgage Services, Inc.

David W. Goewey, Esquire
Venable LLP
575 7th Street, NW
Washington, DC  20004-1601
Counsel for Stephen F.J. Ornstein and
Saxon Mortgage Services, Inc.

Brian L. Moffet, Esquire
Gordon, Feinblatt, Rothman,
Hoffberger & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, MD  21202
Counsel for Premier Financial Company

John Cunningham
6858 West Forest Road
Hyattsville, MD  20785

                                                       /s/
                                         LEO A. ROTH, JR.