UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Emma Cunningham, )<br>By and Through her Court Appointed )<br>Conservator, Robert Bunn, Esq., )<br>)<br>     Plaintiff )<br>)<br>v. )<br>)<br>New Century Mortgage Corporation, et al. )<br>)<br>     Defendants ) | Case No. 05-cv-1693<br>RBW (Judge Walton) |

ORDER

The Court, having considered the Motion of Defendant Pinnacle Title and Escrow, Inc. to Dismiss filed on October 19, 2005, the opposition thereto, the record in this case, and all applicable points and authorities, and it appearing that the Motions should be denied, it is this _____ day of _____, 2005 hereby Ordered That:

1.   The Motion of Defendant Pinnacle Title and Escrow, Inc. to Dismiss filed on October 19, 2005 is denied.

SO ORDERED.

_____
Judge

cc:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C.  20006-2606

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD  21204

David W. Goewey, Esq.
Michelle Patail, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C.  20004-1601

Brian L. Moffett, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD  21202-3332

John Cunningham
6858 West Forest Road
Hyattsville, MD  20785

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD  20850