UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PLANTIFF

ROBERT BUNN ESQ.
For
EMMA CUNNINGHAM
by her Conservator
Robert Bunn Esq
V.S.

CASE NO.
05-CV-1693
RBW (JUDGE WALTON)

NEW CENTURY MORTGAGE CORP., et al

DEFENDANTS

FILER JOHN A CUNNINGHAM

MOTION FOR COURT APPOINTED COUNSEL

I'M OUT OF WORK AT THIS PRESENT MOMENT. I AM ALSO IN A TREATMENT FACILITY FOR SUBSTANCE ABUSE.

John A. Cunningham
JOHN A. CUNNINGHAM
6858 WEST FOREST RD.
HYATTSVILLE, MD. 20785
(301) 773-2285

RECEIVED
NOV - 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on THIS 3rd DAY of NOVEMBER 2005, A COPY OF THE FOREGOING MOTION OF DEFENDANT, JOHN A CUNNINGHAM, FOR COURT APPOINTED COUNSEL, WAS MAILED, VIA FIRST CLASS MAIL, POSTAGE PRE PAID, to:

Robert Bunn, ESQ.
910 7th St. NW, Suite 800
WASHINGTON, DC 20006-2606
Conservator for Emma Cunningham

ADAM M. SPENCE, ESQ
105 WEST Chesapeake AVE. Suite 400
TOWSON, MD. 21204
Counsel for NEW CENTURY MORTGAGE CORP.

Deborah B. Baum, ESQ
2300 N St. NW.
WASHINGTON, DC 20037-1122
Counsel for STEPHEN F.J. Ornstein
AND SAXON MORTGAGE SERVICES, INC.

DAVID W. GOEWEY, ESQ
575 7th St. NW.
WASHINGTON, DC. 20004-1601
Counsel for STEPHEN F.J. Ornstein
AND SAXON MORTGAGE SERVICES, INC

JOHN A Cunningham
6858 WEST FOREST Rd.
Hyattsville, MD. 20785