UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Emma Cunningham,<br>By and Through her Court Appointed<br>Conservator, Robert Bunn, Esq.,<br><br>    Plaintiff<br><br>v.<br><br>New Century Mortgage Corporation, et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-cv-1693<br>)  RBW (Judge Walton)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT JOHN CUNNINGHAM'S MOTION
FOR COURT APPOINTED COUNSEL**

The undersigned received on November 7, 2005, a handwritten Motion by John A. Cunningham, Defendant in the captioned case, for a Court appointed Counsel. There is no allegation in this Motion that Mr. Cunningham does not have income or assets. He only said that he is out of work and in a treatment facility for substance abuse. No showing has been made that John Cunningham should have a Court appointed attorney.

The pleadings in this case show that John Cunningham, in December, 2004, received $120,000 from a loan made to him. The proceeds were given to John Cunningham. See Note and Settlement Sheet attached to Complaint in this case. There is no reason not to believe that John Cunningham does not still possess or control some or all of the proceeds of this loan. Until an explanation of what happened to these proceeds is given and where these proceeds now reside is satisfactorily set forth, the Court should not appoint a counsel for Mr. Cunningham.

Mr. Cunningham's Motion does not state that he does not have assets or income. He evidently has some interest in a residence at 6858 West Forest Road, Hyattsville, Maryland.

2

Without an explanation of why Mr. Cunningham should receive Court appointed counsel when his grandmother can only meet the payments at a group home through the out of pocket expenditure of her Conservator, no Court appointed counsel should be appointed for John Cunningham. If counsel is appointed for Mr. Cunningham, counsel should also be appointed for Emma Cunningham.

Further, Mr. Cunningham is currently in default because he has not answered the Complaint. He has not asked for an extension of time to answer the Complaint. The undersigned intends to request that a default be entered by the Clerk. Mr. Cunningham is not procedurally in any position to ask for a Court appointed counsel.

For the stated reasons, the John Cunningham's Motion for Court Appointed Counsel should be denied.

Respectfully submitted,

_____/s/_____
Robert Bunn, Esq.
D.C. Bar No. 124677
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606
(202) 293-5552
*Conservator for Emma Cunningham*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading was mailed by first class U.S. mail, postage prepaid, to the following persons on the 10th day of November, 2005:

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204
*Counsel for Defendant New Century Mortgage Corporation*

David W. Goewey, Esq.
Michelle Patail, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601
*Counsel for Defendants Saxon Mortgage Services, Inc.*
*and Stephen F.J. Ornstein, Esq.*

Brian L. Moffett, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD 21202-3332
*Counsel for Defendant Premier Financial Co.*

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850
*Counsel for Defendant Premier Financial Co.*

                                                    _____/s/_____
                                                    Robert Bunn