IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM,<br>By and Through her Court Appointed<br>Conservator, Robert Bunn, Esq.<br><br>    Plaintiff<br><br>v.<br><br>NEW CENTURY MORTGAGE<br>CORPORATION, et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-cv-1693<br>)  RBW (Judge Walton)<br>)<br>)<br>)<br>) |

ORDER

The application for a preliminary injunction having come before the Court and for good cause shown, it is hereby

ORDERED, that Plaintiff, upon sale of 911 Evarts Street, N.E., Washington, D.C., further described as Square 3843 Lot 13, shall pay the sum of _____ into the registry of the Court, pendente lite, representing the proceeds to pay the Deed of Trust executed by Emma Cunningham et al. in favor of Stephen F. J. Ornstein, Esq., on December 20, 2004 in the event the Deed of Trust is found to be valid and enforceable; and

FURTHER ORDERED, that the Defendants shall execute whatever documents that may be required to release the Deed of Trust.

ENTERED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

cc:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204

David W. Goewey, Esq.
Michelle Patail, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

Brian L. Moffett, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD 21202-3332

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850

William T. Bennett, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

Patrick T. Hand, Esq.
4900 Massachusetts Avenue, N.W.
Suite 220
Washington, D.C. 20016