

Exhibit A

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Emma Cunningham                    )
By her Conservator, Robert Bunn,   )
                                   )
        Plaintiff,                 )
                                   )        Intvp. No. 130-05
v.                                 )        Judge Lopez
                                   )
John Cunningham                    )
                                   )
        Defendants.                )

AFFIDAVIT

The undersigned Patricia Harris, M.D. hereby deposes and affirms as follows:

1.      I am a duly licensed physician on the staff at Washington Hospital Center specializing in geriatrics.  My offices are at the Washington Hospital Center and I am a participant in its house call program.  These facts were true on May 4, 2004 and continue through the date hereof.

2.      On May 4, 2004, I first met and examined Emma Cunningham, the subject of this case.  Attached to this Affidavit as Exhibit A is the chart emanating from that initial visit.

3.      As shown by the chart, Emma Cunningham was diagnosed with dementia of Alzheimer's type.  She failed the mini mental examinations given to her.  I have examined Mrs. Cunningham on several occasions since May 4, 2004 through today, and was her physician on December 20, 2004.  The diagnosis indicated by the chart and described above was true and correct on December 20, 2004.

4.      I have reviewed the Deed and Settlement Sheet that are attached as Exhibits B and C, respectively, to this Affidavit.  It is my medical opinion that on December 20, 2004, Mrs. Cunningham could not have formed the mental capacity to understand the consequences and import

of the Deed which gave a one-half interest in her house at 911 Evarts Street, N.E., Washington, D.C. to her grandson, John Cunningham due to her dementia.

5.      It is my medical opinion that Mrs. Cunningham would not have understood the meaning, import, and consequences of the words in the Deed and Settlement Sheet even if those documents had been explained to her due to her dementia on December 20, 2004.

6.      It is my medical opinion that due to her dementia condition, Emma Cunningham could not have formed an intent to voluntarily give a one-half interest in her Evarts Street property to her grandson on December 20, 2004 due to her dementia condition.

*Patricia Harris MD*

Patricia Harris, M.D.

Signed and sworn to before me this 27th day of September, 2005.

Notary Public

Tanya Harding
Notary Public, District of Columbia
My Commission Expires 03-31-2008

My commission expires:  03-31-08
[SEAL]

**Geriatrics New Patient Evaluation**

_____ De Jonge, M.D.     George Ta___ _.D.
Janet Goldberg, CRNP    Carol Bartle__, MSW
**Office Phone: 202-877-0218**

<u>INITIAL VISIT</u>       <u>Date of Encounter:</u> 5 / 3 / 05

Name _Emma Cunningham_
Gender:  M  (F)  Race: (AA)  White  Asian  Hispanic  Other _____

Old Records received  ☐Y ☒N  Prior Neuro/Geriatrics Evaluation  ☐Y ☒N
Primary M.D. _Joseph (Providence)_
Address _Davis (Lincoln Center Medical)_
Phone _____ Fax _____ E-mail _____

Setting: ☒Housecall ☐GC  **Reason for Visit:** ☐Consult  ☐Hospital F/U ☒Primary Care
**Primary Problem(s):**
☒Dementia ☐Functional Decline ☐Hospice ☐Wound Care ☐Complex medical problems
☐Falls ☐Incontinence ☐Family Crisis ☐Depression ☐Other:_____

**Patient/Family Main Concern:** _____

**History of Active Problems**
1. _Dementia_ – (+) Sundowning, night wandering
   (+) paranoia
   (+) acting out, crying
   Pockets meds rather than takes them.
   accuses family of trying to hurt her

2. _Ataxia/falls_ – fell 1 week ago, slipped. No fractures
   Still does daily stairs – "it takes 10 minutes for
   her to get up them."

3. _Hemorrhoids_ – s/p banding. "No more we can do,"
   per surgeons

4. _Hard of hearing_

5. _Leg & back pain_ – (+) Surgery (fem-pop by pass)

6. _Glaucoma_ – out of eyedrops.

## Review of Systems

| | Normal | Abnormal | |
|---|---|---|---|
| Constitutional | ☐ | ☐ | Fever, chills, night sweats, anorexia, weight loss, fatigue |
| Eye | ☐ | ☐ | (Poor vision), redness, pain, cataracts, macular degeneration |
| Ears, Nose, Mouth, Throat | ☐ | ☐ | Decreased hearing, tinnitus, vertigo, dysphagia, nosebleed, (dentures) |
| Cardiovascular | ☐ | ☐ | Exertional chest pain, DOE, PND, orthopea, pitting edema |
| Respiratory | ☐ | ☐ | new cough, chronic cough, SOB, pleuritic chest pain |
| Gastrointestinal | ☐ | ☐ | nausea, vomiting, diarrhea, constipation, BRBPR, melena, abd pain |
| Genitourinary | ☐ | ☐ | dysuria, frequency, incontinence, erectile dysfunction, abdominal bleeding |
| Musculoskeletal | ☐ | ☐ | Pain in: low back, neck, knee R or L, ankle R or L, foot R or L, Wrist R or L, PIPs R or L, DIPs R or L, MTPs R or L, |
| Skin | ☐ | ☐ | new rash, pruritus, changing mole, breast lump |
| Neurological | ☐ | ☐ | weakness in: a) RUE b) RLE c) LUE d) LLE numbness in: a) RUE b) RLE c) LUE d) LLE headache, memory loss, unsteady gait |
| Psychiatric | ☐ | ☐ | anxiety, depressed mood, anhedonia, suicidal thoughts |
| Endocrine | ☐ | ☐ | polyuria, hypoglycemia, hair loss, tremor, cold/heat intolerance |
| Hematologic | ☐ | ☐ | easy bruising, easy bleeding, petechiae, swollen glands, transfusions |

## Recent Hospitalizations:

Hospital          Date        Reason(s)
1. _Providence_   ?                                    Length-of-stay
2. _____

## Past Medical/ Surgical History

_Hemorrhoids_    _____    _____
_Fem/pop bypass_    _____    _____
_Colon resection - ? cancer?_    _____    _____

## Drug Allergies  (drug, reaction, date)        Drug Toxicities (drug, side effect, date)

_NKDA_    _____    _____
_____    _____    _____

## Family History  Unknown

Enter family member and age (father, mother, sibling, aunt, uncle, grandfather, grandmother)

☐ Early CAD/MI_____    ☐ Type II Diabetes_____    ☐ Dementia _NO_
☐ Depression_____    ☐ Suicide_____    ☐ Alcoholism_____
☐ Breast Cancer_____    ☐ Lung Cancer_____    ☐ Colon Cancer_____

## Functional Assessment

### Activities of Daily Life (ADL)    0= Total dependence    1= Needs assist    2= Independent

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bathing | 0 | (1) | 2 | Dressing | 0 | (1) | 2 |
| Toileting | 0 | (1) | 2 | Transfers | 0 | 1 | (2) |
| Continence | 0 | (1) | 2 | Feeding | 0 | 1 | (2) |
| Walking | 0 | 1 | (2) | ADL score: _10_ /14 | | | |

## Instrumental Activities of Daily Life (IADLs)

| | | |
|---|---|---|
| Telephone | 0 | (1) 2 |
| Prepare Meals | (0) | 1 2 |
| Medications | (0) | 1 2 |
| Activities beyond Walking | (0) | 1 2 |

| | | |
|---|---|---|
| Shopping | (0) | 1 2 |
| Housework | (0) | 1 2 |
| Money | (0) | 1 2 |
| IADL Score: | /14 | |

**Visual function-** Do you have difficulty driving, watching television, reading or doing daily activities because of your eyesight? ☒Yes    ☐No

If Yes→ Snellen Chart Score:_____

**Hearing function**
Whisper Test:    **Right Ear:** ☐ Normal ☒ Abn.    **Left Ear:** ☐ Normal ☒Abn.

**Get Up and Go Test:** Time (seconds) _10_    Description _ataxic on the turn_

### Social Assessment
Occupation: _Gov't printing office_ Religion/Church: _Catholic_
Activities:_____
Primary caregiver: _Daughter, Grandson_
Family members:_____
Current Home Services:_____

Home Set-up: ☐ 1 story ☒2 story    Daily stairs ☒Y ☐N
Type of residence: ☐ House ☒ Senior Apt. ☐ Assisted-living/Group Home ☐ Nursing home
Lives Alone    ☐ Y ☐ N    Education grade level_____
# hours alone per day_____    Driving: ☐ Y    ☐ N

Monthly income:    < $500    $500-1000    $1000-2000    ($2000-5000)    > $5000
Type of insurance:  Medicare only  MC/Medicaid  MC/Medigap  HMO  Medicaid  None

Tobacco:  ☐ Y ☒ Never ☐ Former  PPD____pack-years____
ETOH:  ☒ Y  ☐ N ☐ Former    drinks/day _rare_ # of years_____

Exercise/Mobility:_____

### Mental Status    Mini-Mental Status Exam and Clock-Drawing Test  (See attached)

Depression screen:
1)    In the past month, have you often felt depressed or sad?  ☐ Y  ☐ N  _Cries sometimes_
2)    In the past month, have you been unable to find pleasure?  ☐ Y  ☐ N

**Preventive Care:**
Last Mammo___?___Pneumovax___?___Last Flu Shot___?___Last PAP___?___

**Advance Care Plans:**
Goals of care near End-of-Life:_____
_____
_____

Advance Directives:  Code status:_____Other:_____

**Physical Exam:** General appearance:

BP: Lying- 185 92  Standing 185 92  Pulse: 77   Temp: 96⁷   RR: 12

O₂ 96 90

| System/Body Area | Element of Examination |
|---|---|
| Eyes | ☑ Inspection of conjunctivae and lids<br>☐ Examination of pupils and irises (eg, reaction to light and accommodation, size and symmetry)<br>☐ Ophthalmoscopic examination of optic discs (eg, size, C/D ratio appearance) and posterior segments (eg, vessel changes, exudates, hemorrhages) |
| Ear, Nose, Mouth, and Throat | ☐ External inspection of ears and nose (eg, overall appearance, scars, lesions, masses)<br>☐ Otoscopic examination of external auditory canals and tympanic membranes<br>☐ Assessment of hearing (eg, whispered voice, finger rub, tuning fork)  *Very Hoff, bilat*<br>☑ Inspection of nasal mucosa, septum and turbinate<br>☑ Inspection of lips, teeth and gums  *dentures*<br>☑ Examination of oropharynx: oral mucosa, salivary glands, hard and soft palates, tongue, tonsils and posterior pharynx |
| Neck | ☑ Examination of neck (eg, masses, overall appearance, symmetry, tracheal position, crepitus)<br>☑ Examination of thyroid (eg, enlargement, tenderness, mass) |
| Respiratory | ☑ Assessment of respiratory effort (eg, intercostal retractions, use of accessory muscles, diaphragmatic movement)<br>☑ Percussion of chest (eg, dullness, flatness, hyperresonance)<br>☑ Palpation of chest (eg, tactile fremitus)<br>☑ Auscultation of lungs (eg, breath sounds, adventitious sounds, rubs) |
| Cardiovascular | ☐ Palpation of heart (eg, location, size, thrills)  *PMI laf displaced*<br>☐ Auscultation of heart with notation of abnormal sounds and murmurs  *RRR "/VI SEM*<br>**Examination of:**<br>☐ Carotid arteries (eg, pulse amplitude, bruits)  *not heard*<br>☐ Abdominal aorta (eg, size bruits)<br>☐ Femoral arteries 9eg, pulse amplitude, bruits)  *1+*<br>☐ Pedal pulses (eg, pulse amplitude)  *∅*<br>☐ Extremities for edema and/or varicosities  *no edema* |
| Chest (Breast) | ☑ Inspection of breasts (eg, symmetry, nipple discharge)<br>☑ Palpation of breasts and axillae (eg, masses or lumps, tenderness) |
| Gastrointestinal (Abdomen) | ☑ Examination of abdomen with rotation of presence of masses or tenderness<br>☑ Examination of liver and spleen<br>☐ Examination for presence or absence of hernia<br>☐ Examination of anus, perineum and rectum, including sphincter tone, presence of hemorrhoids, rectal masses  *Hemmroids small, not inflamed*<br>☑ Obtain stool sample for occult blood test when indicated  *neg*<br>☑ Surgical scars<br><br>*2 lower abd scars well healed*<br>*soft stool in vault* |

| | |
|---|---|
| **Genitourinary** | ☑ examination of the scrotal contents (eg, hydrocele, spermocele, tenderness of cord, testicular mass)<br>☐ Examination of the penis<br>☐ Digital rectal examination of prostate glans (eg, size, symmetry, nodularity, tenderness)<br><br>**FEMALE:**<br>Pelvic examination (with or without specimen collection for smears and cultures) including<br>☐ Examination of external genitalia (eg, general appearance, hair distribution, lesions) and vagina (eg, general appearance, estrogen effect, discharge, lesions, pelvic support, cystocele, rectocele) |
| **Lymphatic** | Palpation of lymph nodes in two or more areas:<br>☑ Neck   ☒ Axillae   ☐ Groin   ☐ Other |
| **Musculoskeletal** | ☑ Examination of gait and station   *wnl ☒ ataxic c turning*<br>☑ Inspection and/or palpation of digits and nails (eg, clubbing, cyanosis, inflammatory conditions, petechiae, ischemia, infections, nodes)<br><br>Examination of joints and muscles of one or more of the following six areas: 1) head and neck; 2) spine, ribs and pelvis; 3) right upper extremity; 4) left upper extremity; 5) right lower extremity; and 6) left lower extremity. The examination of a given area include:<br>☐ Inspection and/or palpation with notation of presence of any misalignment, asymmetry, crepitation, defects, tenderness, masses, effusions   *DJD changes both knees*<br>☐ Assessment of range of motion with notation of any pain, crepitation or contracture<br>☐ Assessment of stability with notation of any dislocation (luxation), subluxation or laxity<br>☐ Assessment of muscle strength and tone (eg, flaccid, cog wheel, spastic) with notation of any atrophy or abnormal movements |
| **Skin** | ☑ Inspection of skin and subcutaneous tissue (eg, rashes, lesions, ulcers)<br>☑ Palpation of skins and subcutaneous tissue (eg, induration, subcutaneous nodules, tightening) |
| **Neurologic** | ☑ Test cranial nerves with notation of any deficits<br>☐ Examination of deep tendon reflexes with notation of pathological reflexes (eg, Babinski)   *Lt*<br>☐ Examination of sensation (eg, by touch, pin, vibration, proprioception)   *↓ both LE to light touch*<br>☐ Cerebellar Function (eg, finger to nose)<br><br>*trouble following direction* |
| **Psychiatric** | ☐ Description of patient's judgment and insight   *absent*<br><br>Brief Assessment of mental status including:<br>☐ Orientation to time, place and person *only*    MMSE Score: *10/28*<br>☐ Recent and remote memory<br>☐ Mood and affect (eg, depression, anxiety, agitation) |

1)

→ Dementia c̄ occas. agitation
→ Falls c̄ night wandering

**Plans**

2)

VNA : PT/OT, MSW, HHA. Family in need of ↑ assistance

HTN — pt not taking meds.

**Plans**

3)

See instruction sheet regarding med delivery Recheck in 1-2 wks

PVD c̄ pain

**Plans**

Old records, monitor

4)

Hemmorhoids — not inflamed. monitor

**Plans:**

Labs: need baseline

Consults: _____

Diagnostic Tests: ☐ Echo ☐ Head CT ☐ Head MRI ☐ X-rays ☐ EKG ☐ Ultrasound

Follow-Up Visit: 2 weeks

**Signatures:** Patricia Harris MD

Eric De Jonge, M.D. _____

Carol Bartlett, L.I.C.S.W. _____

George Taler, M.D. _____

Janet Goldberg, C.R.N.P.-G, MSN _____

2024085007    FCSDC DAYCARE                    10:06:00 a.m.    08-05-2005    8/17

Education Grade Level: _____                    **Points**

## Orientation

What is the:        Year, Season, Day, Month, Date        _0_ 5

Where are we:     State, Country, City, Hospital, Floor     _0_ 5

## Registration

Name 3 objects; Have patient repeat all three after you have said them all. _3_ 3
(one point for each correct answer)

## Attention and Calculation

Serial 7's-  Have patient subtract 7 from 100, then from 93 and so on    _0_ 5
*ALTERNATIVE*:  Spell WORLD backwards
(points only given for consecutive right numbers or letters)

## Recall

Ask for three words learned in registration section        _0_ 3
(One point for each correct answer)

## Language

Have patient name a pencil and then a watch, when you point at them    _2_ 2
Have patient repeat "No ifs, ands, or buts" (need all three correct)    _1_ 1
Have patient follow a three-stage command:  "Take this paper in your right    _3_ 3
hand, fold the paper in half, and put the paper on the floor"
(one point for each correct step)
Have patient read and obey the following:            _1_ 1

# CLOSE YOUR EYES

Have patient write a sentence of their choice in the side margin    ___ 1
(one point for having both subject and object)                    } defered

Have patient copy the design below                    ___ 1
(one point if all sides connect and intersection forms a quadrangle)

Total _10/28_ 30



Have patient draw a clock, with hands at a specific time    CDT Score: _____

Examiner: _____    Date: _____



# Washington
# Hospital Center

Medical House Call Program

**Patient Name:** _Emma Cunningham_          **Date:** _5/3/04_

## Instructions and Medication Changes

First thing is to try physical therapy, which will come from the visiting nurses. (VNA)

A social worker should also come from the VNA.

You can try to sneak pills in ice cream or pudding.

We may try a blood pressure patch

Blood test next time

A GOOD BOOK IS The 36 Hour Day

Follow-Up Visit: _2 weeks_

**Any questions, please call the office at 202-877-0576**

Provider: _P Harris_ _____ M.D. _____ N.P.

*MedStar Health*

110 Irving Street, NW, Room 2B-39, Washington, DC 20010-2975

phone: 202 877 0576 • fax: 202 877 0544

Washington
Hospital Center

*MedStar Health*

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 5-20-04 | NP HCPOA: TVT 40 min, 7½ time |

Seen on pt [illegible] 8 times, re meds / [illegible]
known [illegible] c dementia.

S/) dementia / noncompliance
issues: pt now taking meds
per grandson; no [illegible]
problems but "upset" re
multiple health care providers;
grandson coping well
2) UTI: no CP/SOB/edema
3) claudication: no complaints
4) hemorrhoids: no complaints,
grandson has ↑d fiber in diet
5) ↓ mobility ↑ able to walk
up and down stairs c PT
[illegible] per grandson

O: NAD, alert, pleasant,
compliant
BP 120/60, HR 70 RRR,
R 12

HEENT: unremarkable
chest: CTA          CV: S₁ S₂ no S₃
                          no JVD   PMI
Abd: soft, nt         lat displaced ⊕
extr: no edema        Stein # 701

Cont.

PROGRESS
NOTES

DATE

Cunningham,
Emma

FORM 205   R 7/25/00



**Washington Hospital Center**

*MedStar Health*

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 6-3-04 | M U CMOLi; TVT 15 mm. Room for UC; dementia. No family present but was pt. |
| | S: 1) dementia: "So many people coming here all the time..." Pt states pt participating well in PT |
| | 2) ↓ mobility: progressing nicely. Will be d/c'd soon |
| | 3) hemorrhoids: no complaints today |
| | 4) HTN: no CP [SOB] edema |
| | O: NAD, alert, somewhat suspicious initially but responding well to reassurance. Conversant. BP 120/80  HR 68 RRR R16  clear CTA  CV, PMI ↑ lat dism. ⊕ S1 + S2 II/VI, no S3 |
| | abd: soft, ND |
| | ext: no edema |
| | musc: steady, participating in PT in my presence |
| | needs as above |
| | A/P 1) dementia: apparently stable, monitor; not eligible for coverage for ... |

PROGRESS NOTES

DATE

Cunningham, Emma

FORM 205  R 7/25/00



**Washington Hospital Center**

*MedStar Health*

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 6.29.04 | NP HCNOW; TLT 25 min 7½ time spent on couns. pt re meds / POC / jonti vzz c̄ PT Donna. Reason for HC: dementia / ↓ mobility. |
| | S: 1) ↓ mobility: now walking outside c̄ PT; unng cam; dc from PT in 2 wks |
| | 2) HTN; no CP / SOB / edema. compl. c̄ meds c̄ help of grandson |
| | 3) hypothyroidism: good energy; no constipation |
| | 4) dementia; no new problems |
| | 5) (ulcus; none sm a Part H3) c̄. |
| | O: NAD, alert, pleasantly / confused |
| | B/P 140/60 HR 70 RR R/R |
| | chest cTa |
| | abd: soft N̄T |
| | ext: no edema |
| | Sum: Nt a d |

PROGRESS
NOTES

DATE

Cunningham, Emma

FORM 205   R 7/25/00

**Washington Hospital Center**

MedStar Health

| DATE AND TIME | PROGRESS NOTES |
|---|---|

6-30-04
11:00a

APPROX: TSH 159. PC to grandson John to admit he is not always "watching grandma take her meds", asked grandson to observe pt take her Synthroid. Plu 1-2 weeks.

7/30/04    MD visit - AD, Hypothyroid, noncompliance.

① Grandson present - complains of multiple AD-related issues: pt will not reliably take meds, hands out money to unknown people, talks to phone telemarketers about refinancing, etc. Pt's situation had improved when PT/OT and a HHA were in the home.

② HTN - no focal issues. Taking her meds about 1/3 of the time (per pill box).

③ ↓T4 - pt c/o "weakness," but really sounds like claudication. No weight changes. No problems w/ dry skin or claudication.

④ Claudication - c/o fatigue & pain c̄ ambulation. No changes.

NAD. BP 140/82 HR 68 RR 16 O₂ 98% RA
HEENT unremarkable.
Cor reg 11/VI SEM
Lungs CTA

| PROGRESS NOTES | DATE | |
|---|---|---|
| | | Cunningham Emma |

FORM 20S   R 7/25/00



Washington
Hospital Center

MedStar Health

| DATE AND TIME | PROGRESS NOTES |
|---|---|
| 8/18/04 | NP Re Note ; Tot 40 min 7½ time spent on pt / grandson Couns. re meds & POC, Reason for Re: dementia. |
|  | S; 1) hypothyroidism; grandson was away for 2wks; med. compliance questionable; no Δ in energy, skin or bowel Fx |
|  | 2) dementia: grandson has looked into help "too expensive"; considering daycare; would like MSW assist |
|  | 3) claudication; no complaints |
|  | O; NAD, alert, pleasant, coop. BP 138/60 HR 70 RRR RR clear CTA CV S₁S₂ no S₃ no JVD abd: soft, ⊕ extr: no edema musc: steady gait neuro: pleasantly confused |
|  | A/P 1) hypothyroidism: clinically euthyroid but concerning |
| Cu | noncompliance; again ⊕ was |



**Washington Hospital Center**

*MedStar Health*

| DATE AND TIME | PROGRESS NOTES |
|---|---|

8-24-04    NPR (Nar; TVT 25 min, 1/2 time spent on grandson. Couns. re meds / Poc. Reason for V/s: dementia.

S: 1) hypothyroid; grandson / had Td Synthroid to 150 mcg as instructed on 7-20-04 by his NP Cole P. Hamb, MD on the same day); she not always successful in administering meds since pt cont. to decline frequently; fluctuating energy level; tries to take naps but declines noon and does better alone during the day; constipation resolved, pt has good energy level

2) dementia; grandson coming "4-04". Most behavioral problems c regard to med compliance

O:

DATE

Cunningham, Emma

PROGRESS NOTES

FORM 205   R 7/25/00

Washington
Hospital Center

*MedStar Health*

| DATE AND TIME | PROGRESS NOTES |
|---|---|

9-7-04

NP RENOU; TNT 40 min 1/2 time spent on pt/grandson couns. re meds &/or. Reason for pt. dementia/& mobility

S) 1) hypothyroidism: c/o lack of energy and sleeping more during the day. 2) constipation. Sian JT 04. grandson makes effort to give Synthroid @ day

2) dementia: grandson attempting to cope c̄ behav. problems (mainly s/t med. issues); still hesitant to hire help and NSW + Thomas has had difficulty getting him to keep c̄ daycare

3) Claudication: no complaints

O) NAD, alert, pleasant conversant / sleeping in bed on NP's arrival BP 150/60 HR 68 RRR, R/O distr. in ____ c̄ V/S, ____ S2, no JVD c̄ gallop, murmur (diff to auscultate

A) abd: soft, NT

DATE

PROGRESS
NOTES

Cunningham, Emma

FORM 205   R 2/25/00



**Washington Hospital Center**

*MedStar Health*

| DATE AND TIME | PROGRESS NOTES |
|---|---|

9/10/04   MD visit - F/V hypothyroid

↑ TSH - grandson giving 150 mcg daily.

Last TSH ∼ 46. No agitation. No constipation.

HTN - no focal sx

Pt says she has a cold but no obvious sx.

BP 130/90   HR 60   $O_2$ 98%

HEENT: TMs wnl. Nares - no exudate.
OP clear

Neck supple - no adenopathy

Cor reg

Lungs CTA

Abd soft, NT

Ext no edema

Reflexes -

A/P: ↓ T4 - improving. Goal is 7 pills a week. Family expresses understanding

HTN - okay

URI? - no signs. Pt probably confused.

2-3 wk return

(P Harris MD)

**PROGRESS NOTES**

DATE

Cunningham

FORM 205  R 2/25/00

Doc# 2004175717

AFTER RECORDING RETURN TO:
PINNACLE TITLE AND ESCROW, INC.
51 MONROE STREET #1505
ROCKVILLE, MARYLAND 20850

GIFT DEED

Tax id: Square 3843, Lot 0013
NO TITLE INSURANCE
FEE SIMPLE DEED



PLAINTIFF'S
EXHIBIT

_A_

THIS DEED, made this 20th day of December, 2004, by and between EMMA CUNNINGHAM,

Party of the First Part, and EMMA CUNNINGHAM and JOHN A. CUNNINGHAM, her grandson,

Parties of the Second Part,

WITNESSETH that in consideration of the sum of NO CONSIDERATION, the receipt of which is hereby acknowledged, the said Party of the First Part does hereby grant and convey the Parties of the Second Part, as as JOINT TENANTS and not as tenants in common, forever, in fee simple, all that lot, tract, piece or parcel of land, situate, lying and being in the District of Columbia and described as follows, that is to say:

Lot 13 in Square 3843 in the subdivision made by Oscar S. Wilkinson and others, of parts of "Metropolis View" as per plat recorded in Liber 79 at folio 6 in the Office of the Surveyor for the District of Columbia. Known for purposes of assessments and taxation as Square 3843, Lot 0013.

Being the same property conveyed to John W. Cunningham and Emma Cunningham as tenants by the entireties by deed dated 12/18/51 and recorded among the Land Records of the District of Columbia in Liber 9637 at folio 374. The said John W. Cunningham departed this life on 3/19/1955 leaving Emma Cunningham as surviving tenant by the entirety.

SUBJECT TO all covenants, easements, restrictions and rights of ways as contained in deeds and instruments forming the chain of title to the subject property.

Together with the buildings and improvements thereupon erected, made or being; and all, and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages to the same belonging or anywise appertaining.

THE PARTIES HERETO CERTIFY UNDER PENALTIES OF PERJURY THAT THE WITHIN CONVEYANCE IS MADE WITHOUT CONSIDERATION AND THAT THE VALUE OF THE PROPERTY IS $133,210.00, ONE HALF OF WHICH IS $66,605.00.

To have and to hold the said land and premises above described and mentioned and hereby intended to be conveyed; together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Parties of the Second Part, forever, in fee simple.

File No. 04-17821NT
Tax ID LOT 0013, SQUARE 3843

And the said Party of the First Part hereby covenants that he/she will warrant specially the property hereby granted and conveyed, and that he/she will execute such further assurances of said land and premises as may be requisite.

WITNESS the hands and seals of the said grantor:

WITNESS *Rebecca Sorenson*                    Emma Cunningham

STATE OF MARYLAND, MONTGOMERY COUNTY:

I hereby certify that on this _20_ day of _December_, 20_04_, before me, the subscriber, a Notary Public of the State and County aforesaid personally appeared  Emma Cunningham, and he/she acknowledged the foregoing Deed to be his/her act.

                                         NOTARY PUBLIC

My commission expires:

_____ G. M. CLARK
____ of Maryland
___ George's County
__ ___ ___ December 31, 2006

File No. 04-17821NT
Tax ID LOT 0013, SQUARE 3843

SCHEDULE ~~EXHIBIT~~ A

Lot 13 in Square 3843 in the subdivision made by Oscar S. Wilkinson and others, of parts of "Metropolis View" as per plat recorded in Liber 79 at folio 6 in the Office of the Surveyor for the District of Columbia.

Being the same property conveyed to John W. Cunningham and Emma Cunningham as tenants by the entireties by deed dated 12/18/51 and recorded among the Land Records of the District of Columbia in Liber 9637 at folio 374. The said John W. Cunningham departed this life on _____ leaving Emma Cunningham as surviving tenant by the entirety.

TAX ID: 3843 0013



PLAINTIFF'S
EXHIBIT
D

A. **Settlement Statement**

B. Type of Loan

| 1. ☐FHA | 2. ☐FmHA | 3. ☒Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|---|---|
| 4. ☐VA | 5. ☐Conv. Ins. | | 04-17821NT | 1000395478 | |

U.S. Department of Housing and Urban Development
OMB No. 2502-0265 REV HUD-1 (3/86)

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: The title 18 U.S. Code Section 1001 and Section 1010

TitleExpress Settlement System
Printed 12/20/2004 at 12:21 SD

| D. NAME OF BORROWER: | Emma Cunningham and John A. Cunningham |
|---|---|
| ADDRESS: | 911 Evarts Street, Washington, DC 20018 |
| E. NAME OF SELLER: | REFINANCE |
| ADDRESS: | |
| F. NAME OF LENDER: | New Century Mortgage Corporation |
| ADDRESS: | 11730 Plaza America Drive #650, Reston, VA 20190 |
| G. PROPERTY ADDRESS: | 911 Evarts Street, Washington, DC 20018 |
| H. SETTLEMENT AGENT: | Pinnacle Title and Escrow Inc., Phone: 301-424-5400 FAX: 301-424-6896 |
| PLACE OF SETTLEMENT: | 51 Monroe Street, Suite 1505, Rockville, MD 20850 |
| I. SETTLEMENT DATE: 12/20/2004 | DISBURSEMENT DATE: 12/27/2004 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 36,385.27 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. | | 406. | |
| 109. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 36,385.27 | 420. GROSS AMOUNT DUE TO SELLER: | |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201. Deposit or earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 120,000.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY/FOR BORROWER | 120,000.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 36,385.27 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 120,000.00 | 602. Less reduction amount due seller (line 520) | |
| 303. CASH TO BORROWER | 83,614.63 | 603. CASH TO SELLER | 0.00 |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT    File Number: 0'   '821    PAGE 2
SETTLEMENT STATEMENT    EV HUD-1 (3/86)    Title Express Settlement System  Printed 12/20/2004 at 10:21 SD

| L. SETTLEMENT CHARGES | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $  @ 0.000 = | | | |
| Division of commission (line 700) as follows: | | | |
| 701. $ | to | | |
| 702. $ | to | | |
| 703. Commission paid at Settlement | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | |
| 801. Loan Origination Fee | % Premier Financial Company | 2,752.82 | |
| 802. Loan Discount | % | | |
| 803. Appraisal Fee | to Premier Financial Company    (P.O.C.) 350.00 Buyer | | |
| 804. Credit Report | | | |
| 805. Admin Fee | to Premier Financial Company | 250.00 | |
| 806. Doc Prep Fee | to New Century Mortgage Corporation | 359.00 | |
| 807. Flood Cert Fee | to New Century Mortgage Corporation | 11.30 | |
| 808. Tax Service Fee | to New Century Mortgage Corporation | 78.00 | |
| 809. Underwriting Fee | to New Century Mortgage Corporation | 350.00 | |
| 810. Processing Fee | to Premier Financial Company | 695.00 | |
| 811. YSP | to To PFC by NCMC    $1,200.00 POC by Lender | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | |
| 901. Interest From 12/27/2004 to 01/01/2005  @$  25.4794 /day    5 Days | | 127.40 | |
| 902. Mortgage Insurance Premium for  to | | | |
| 903. Hazard Insurance Premium for  to | | | |
| 904. | | | |
| 905. | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | |
| 1001. Hazard Insurance | 6 mo @ $    57.50 /mo | 339.00 | |
| 1002. Mortgage Insurance | mo @ $    /mo | | |
| 1003. City Property Taxes | 5 mo @ $    26.35 /mo | 131.75 | |
| 1004. County Property Taxes | mo @ $    /mo | | |
| 1005. Annual Assessments | mo @ $    /mo | | |
| 1006. Aggregate Analysis Adjustment | to New Century Mortgage Corporation | -26.49 | |
| 1100. TITLE CHARGES | | | |
| 1101. Settlement or closing fee | to Pinnacle Title & Escrow Inc. | 375.00 | |
| 1102. Abstract or title search | to Pinnacle Title & Escrow Inc. | 250.00 | |
| 1103. Title examination | to Pinnacle Title & Escrow Inc. | 195.00 | |
| 1104. Title insurance binder | to Pinnacle Title & Escrow Inc. | 35.00 | |
| 1105. Document Preparation | | | |
| 1106. Notary Fees | | | |
| 1107. Attorney's fees | to Pinnacle Title & Escrow Inc. | 395.00 | |
| (includes above items No:    ) | | | |
| 1108. Title Insurance | to Chicago Title Insurance Company | 450.00 | |
| (includes above items No:    ) | | | |
| 1109. Lender's Policy | 120,000.00   - 450.00 | | |
| 1110. Owner's Policy | | | |
| 1111. | | | |
| 1112. Courier/Overnight/Misc | to Pinnacle Title & Escrow Inc. | 75.00 | |
| 1113. | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | |
| 1201. Recording Fees Deed $ 26.50  : Mortgage $ 194.50  : Release $ | | 221.00 | |
| 1202. City Transfer Tax | Deed $732.66  : Mortgage $ | 732.66 | |
| 1203. City Recordation Tax | Deed $ 732.66  : Mortgage $ | 732.66 | |
| 1204. County Transfer Tax | Deed $  : Mortgage $ | | |
| 1205. | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | | |
| 1303. Release Procurement/Prep | to Pinnacle Title & Escrow Inc. | | |
| 1304. 2004 Property Taxes | to D.C. Treasurer | 124.37 | |
| 1305. Payoff | to DC Child Support | 17,357.00 | |
| 1306. Payoff | to Amex | 7,720.00 | |
| 1307. Payoff | to Navy FCU | 2,764.00 | |
| 1308. | | | |
| 1400. TOTAL SETTLEMENT CHARGES | (enter on line 103, Section J and 502, Section K) | 36,385.37 | |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

_Emma J. Cunningham_    _____
Emma Cunningham

_John J. Cunningham_
John J. Cunningham

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause funds to be disbursed in accordance with this statement.

_____    2/20/04
Settlement Agent    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U. S. Code Section 1001 and Section 1010.