IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| EMMA CUNNINGHAM | * | |
| Plaintiff | * | Case No. 05-CV-1693 |
| v. | * | |
| NEW CENTURY MORTGAGE CORPORATION, *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION OF DEFENDANTS
FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants, New Century Mortgage Corporation ("New Century"), Premier Financial Company ("Premier"), Pinnacle Title & Escrow Company, Saxon Mortgage Services, Inc., and Stephen Ornstein (collectively, "Defendants"), by their respective undersigned counsel and pursuant to (i) Fed. R. Civ. P. 7(b)(1), (ii) Local Rule 7, and (iii) this Court's *General Order and Guidelines for Civil Cases* (the "General Order"), request an extension of time within which to reply to Plaintiff's Motion for a Preliminary Injunction (the "Pending Motion"). In support of their motion, Defendants state as follows.

1. Plaintiff, by her conservator Robert Bunn, Esq., has sued Defendants seeking, *inter alia*, to void a deed of trust encumbering her property located at 911 Evarts Street, N.E., Washington, D.C., 20018 (the "Property").

2. As more fully set forth in the Pending Motion, Mr. Bunn has recently entered into contracts to sell the Property. Mr. Bunn has filed the Pending Motion seeking to force the release of the deed of trust encumbering the Property, on the terms and conditions set forth in the Pending Motion.

3. After extensive settlement discussions between the parties, the parties are near a negotiated resolution of the entire matter.

4. Defendants' response to the Pending Motion is currently due on February 7, 2006.

5. Defendants respectfully request a six-day extension of the time within which they must respond to the Pending Motion, to ensure that responses need be prepared and filed only if settlement is impossible.

6. If the requested extension is denied, Defendants may be forced to incur needless expense responding to the Pending Motion, only to document a settlement of this matter shortly thereafter.

7. Pursuant to §5(a) of the General Order, Defendants advise the Court that Premier previously requested and received a one-day extension of time to reply, due to observance of the Yom Kippur holiday. Otherwise, no party has requested an extension of any deadline.

8. Pursuant to §5(c) of the General Order, Defendants respectfully submit that the requested extension will have no effect on the scheduling of this case.

9. Pursuant to Local Rule 7(m) and §5(e) of the General Order, Mr. Bunn has authorized counsel for New Century to represent to this Court that he consents to the requested extension.

10. Defendants do not seek the requested extension for the purpose of improper delay or for any other improper purpose.

11. Granting the requested extension will not prejudice any party.

WHEREFORE, Defendants New Century Mortgage Corporation, Premier Financial Company, Pinnacle Title & Escrow Company, and Saxon Mortgage Services, Inc., respectfully request that this Court enter an Order:

A.  Extending the time within which they must reply to Plaintiff's Motion for Preliminary Injunction to and including February 13, 2006; and

B.  Granting them such other and further relief as the nature of their cause may require.

Respectfully Submitted,

_____/s/ Michael J. Lentz_____
Michael J. Lentz, Esq. , Bar No. MD26097
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, Maryland 21204
Phone:  (410) 823-1881
Fax:  (443) 787-9199
*Attorneys for Defendant*
  *New Century Mortgage Corporation*


___/s/ Catherine Bledsoe (by MJL with consent)_____
Brian L. Moffet, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger
  & Hollander, LLC
The Garrett Building, 233 East Redwood Street
Baltimore, Maryland 21202
*Attorneys for Defendant Premier Financial Company*

_____/s/ Leo A. Roth (by MJL with consent)_____
Leo A. Roth, Esq.
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland 20850
*Attorneys for Defendant Pinnacle Title and Escrow, Inc.*

_____/s/ Michelle Patail (by MJL with consent)
Michelle Patail, Esq.
Venable LLP
575 Seventh Street, N.W.
Washington, D.C. 20004
*Attorneys for Defendants Stephen F.J. Ornstein*
  *and Saxon Mortgage Services, Inc.*

4

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 1st day of February, 2006, a copy of the foregoing *Consent Motion of Defendants for Extension of Time Within Which to Respond to Plaintiff's Motion for Preliminary Injunction* was served via this Court's electronic case filing procedures on:

    Robert Bunn, Esq.
    910 17th Street, N.W.
    Suite 800
    Washington, D.C., 20006-2606
    *Conservator for Plaintiff, Emma Cunningham.*

and was mailed, first-class postage pre-paid, to:

    John Cunningham
    6858 West Forest Road
    Hyattsville, MD 20785
    *Defendant pro se*

                                                /s/ Michael J. Lentz
                                                  Michael J. Lentz