**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **EMMA CUNNINGHAM** | * | |
| Plaintiff | * | Case No. 05-CV-1693 |
| v. | * | |
| **NEW CENTURY MORTGAGE CORPORATION,** *et al.* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING
CONSENT MOTION OF DEFENDANTS
FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Having read and considered the *Consent Motion of Defendants for Extension of Time Within Which to Respond to Plaintiff's Motion for Preliminary Injunction* (the "Motion"), the record in this case, and the applicable law, it is this ____ day of February, 2006, hereby ORDERED that:

1. the Motion be, and the same hereby is, GRANTED;

2. the deadline for Defendants' responses to Plaintiff's Motion for Preliminary Injunction be, and the same hereby is, EXTENDED until February 13, 2006; and

3. the Clerk shall serve a copy of this Order on all parties and counsel of record, in accordance with this Court's electronic case filing procedures.

_____
REGGIE B. WALTON,
UNITED STATES DISTRICT JUDGE