IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EMMA CUNNINGHAM,                    *

     Plaintiff,                    *

v.                                          Case No.  05-CV-1693

                                      *

NEW CENTURY
   MORTGAGE CORPORATION, *et al.,* *

     Defendants.                    *

*     *     *     *     *     *     *     *     *     *     *     *     *

SECOND CONSENT MOTION OF DEFENDANTS
FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants, New Century Mortgage Corporation ("New Century"), Premier Financial Company ("Premier"), Pinnacle Title & Escrow Company, Saxon Mortgage Services, Inc., and Stephen Ornstein (collectively, "Defendants"), by their respective undersigned counsel and pursuant to (i) Fed. R. Civ. P. 7(b)(1), (ii) Local Rule 7, and (iii) this Court's *General Order and Guidelines for Civil Cases* (the "General Order"), request an extension of time within which to reply to Plaintiff's Motion for a Preliminary Injunction (the "Pending Motion").  In support of their motion, Defendants state as follows.

1.     Plaintiff, by her conservator Robert Bunn, Esq., has sued Defendants seeking, *inter alia*, to void a deed of trust encumbering her property located at 911 Evarts Street, N.E., Washington, D.C. 20018 (the "Property").

2.     As more fully set forth in the Pending Motion, Mr. Bunn has recently entered into contracts to sell the Property.  Mr. Bunn has filed the Pending Motion seeking to force the release of the deed of trust encumbering the Property, on the terms and conditions set forth in the Pending Motion.

3.    After extensive settlement discussions between the parties, the parties are near a negotiated resolution of the entire matter.

4.    Defendants' response to the Pending Motion is currently due on February 13, 2006, per a prior consent motion filed with this Court.

5.    Defendants respectfully request a seven-day extension of the time within which they must respond to the Pending Motion, to ensure that responses need be prepared and filed only if settlement is impossible.

6.    If the requested extension is denied, Defendants may be forced to incur needless expense responding to the Pending Motion, only to document a settlement of this matter shortly thereafter.

7.    Pursuant to § 5(a) of the General Order, Defendants advise the Court that Premier previously requested and received a one-day extension of time to reply, due to observance of the Yom Kippur holiday.  The Defendants have previously filed a consent motion to extend the response date to the Pending Motion to February 13, 2006.  No other requests for extension have been filed in this matter.

8.    Pursuant to § 5(c) of the General Order, Defendants respectfully submit that the requested extension will have no effect on the scheduling of this case.

9.    Pursuant to Local Rule 7(m) and § 5(e) of the General Order, Mr. Bunn has authorized counsel for Saxon to represent to this Court that he consents to the requested extension.

10.    Defendants do not seek the requested extension for the purpose of improper delay or for any other improper purpose.

11.    Granting the requested extension will not prejudice any party.

WHEREFORE, Defendants New Century Mortgage Corporation, Premier Financial Company, Pinnacle Title & Escrow Company, and Saxon Mortgage Services, Inc., and Stephen Ornstein respectfully request that this Court enter an Order:

A.    Extending the time within which they must reply to Plaintiff's Motion for Preliminary Injunction to and including February 20, 2006; and

B.    Granting them such other and further relief as the nature of their cause may require.

Dated: February 13, 2006          Respectfully Submitted,

                                 _____/s/ Michelle Patail_____
                                 Michelle Patail, Esq., D.C. Bar No. 494633
                                 Venable LLP
                                 575 Seventh Street, N.W.
                                 Washington, D.C. 20004
                                 *Attorneys for Defendants Stephen F.J. Ornstein*
                                     *and Saxon Mortgage Services, Inc.*


                                 /s/ Michael J. Lentz _(by Michelle L. Patail with consent)
                                 Michael J. Lentz, Esq., Bar No. MD26097
                                 The Law Offices of Adam M. Spence, P.C.
                                 105 West Chesapeake Avenue, Suite 400
                                 Towson, Maryland 21204
                                 Phone: (410) 823-1881
                                 Fax: (443) 787-9199
                                 *Attorneys for Defendant New Century Mortgage Corporation*


                                 /s/ Catherine Bledsoe, Esq. (by Michelle L. Patail with consent)
                                 Catherine Bledsoe, Esq., D.C. Bar 445172
                                 Brian L. Moffet, Esq.
                                 Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
                                 The Garrett Building
                                 33 East Redwood Street
                                 Baltimore, Maryland 21202
                                 *Attorneys for Defendant Premier Financial Company*

/s/ Leo A. Roth (by Michelle L. Patail with consent)
Leo A. Roth, Esq., #11064
Brault Graham, LLC
110 South Washington Street
Rockville, Maryland  20850
*Attorneys for Defendant Pinnacle Title and Escrow, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of February 2006 a copy of the foregoing

*Second Consent Motion of Defendants for Extension of Time Within Which to Respond to*

*Plaintiff's Motion for Preliminary Injunction* was served via this Court's electronic case filing

procedures on:

> Robert Bunn, Esq.
> 910 17th Street, N.W.
> Suite 800
> Washington, D.C.  20006-2606
> *Conservator for Plaintiff, Emma Cunningham.*

and was mailed, first-class postage pre-paid, to:

> John Cunningham
> 6858 West Forest Road
> Hyattsville, MD  20785
> *Defendant pro se*


　　　　　　　　　　/s/ Michelle L. Patail
　　　　　　　　　　Michelle L. Patail