IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM, | * |
|     Plaintiff, | * |
| v. | Case No. 05-CV-1693 |
| | * |
| NEW CENTURY<br>  MORTGAGE CORPORATION, *et al.*, | * |
|     Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING
SECOND CONSENT MOTION OF DEFENDANTS
FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND
TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Having read and considered the *Second Consent Motion of Defendants for Extension of Time Within Which to Respond to Plaintiff's Motion for Preliminary Injunction* (the "Motion"), the record in this case, and the applicable law, it is this ____ day of February, 2006, hereby ORDERED that:

1. the Motion be, and the same hereby is, GRANTED;

2. the deadline for Defendants' responses to Plaintiff's Motion for Preliminary Injunction be, and the same hereby is, EXTENDED until February 20, 2006; and

3. the Clerk shall serve a copy of this Order on all parties and counsel of record, in accordance with this Court's electronic case filing procedures.

_____
REGGIE B. WALTON,
UNITED STATES DISTRICT JUDGE