IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM, )<br>By and Through her Court Appointed )<br>Conservator, Robert Bunn, Esq. )<br>  )<br>Plaintiff )<br>  )<br>v. )<br>  )<br>NEW CENTURY MORTGAGE )<br>CORPORATION, et al. )<br>  )<br>Defendants ) | Case No. 05-cv-1693<br>RBW (Judge Walton) |

**CONSENT MOTION FOR APPROVAL OF AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Robert Bunn, Conservator for Emma Cunningham, hereby moves this Court to execute the attached Agreed Order of Dismissal With Prejudice of this case because the Plaintiff and the signatory parties have agreed to dismiss the case with prejudice in accordance with a Settlement Agreement and Mutual Release, which was signed by the same parties whose attorneys signed the Agreed Order of Dismissal With Prejudice. Further reasons for the granting of this Motion are set forth in the accompanying Memorandum of Points and Authorities.

WHEREFORE, Plaintiff asks that this Consent Motion be granted.

Respectfully submitted,

_____/s/_____
Robert Bunn, Esq.
D.C. Bar No. 124677
*Conservator for Emma Cunningham*
910 17th Street, NW, Suite 800
Washington, DC 20006
(202) 293-5552

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMA CUNNINGHAM, )<br>By and Through her Court Appointed )<br>Conservator, Robert Bunn, Esq. )<br>)<br>　　　　　　Plaintiff )<br>)<br>v. )<br>)<br>NEW CENTURY MORTGAGE )<br>CORPORATION, et al. )<br>)<br>　　　　　　Defendants ) | Case No. 05-cv-1693<br>RBW (Judge Walton) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR APPROVAL OF AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Emma Cunningham, by and through her court appointed Conservator, Robert Bunn, Esq., with the consent of all of the signatory parties thereto, requests that the attached Agreed Order of Dismissal With Prejudice ("Order") be signed and filed by the Court to dismiss the case with prejudice.  The parties have reached a settlement embodied in a separate Settlement Agreement and Mutual Release which contains a confidentiality agreement and so it is not submitted with this Motion.

Since the parties have reached a settlement which is concurrently being implemented, they ask that the Court sign and file this Order.

        Respectfully submitted,


_____/s/_____
Robert Bunn, Esq.
D.C. Bar No. 124677
*Conservator for Emma Cunningham*
910 17th Street, NW
Suite 800
Washington, DC 20006
(202) 293-5552

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading was mailed by first class U.S. mail, postage prepaid, to the following persons on the ___ day of March, 2006:

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD  21204
*Counsel for Defendant New Century Mortgage Corporation*

David W. Goewey, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C.  20004-1601
*Counsel for Defendants Saxon Mortgage Services, Inc.*
*and Stephen F.J. Ornstein, Esq.*

Brian L. Moffett, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD  21202-3332
*Counsel for Defendant Premier Financial Co.*

John Cunningham
6858 West Forest Road
Hyattsville, MD  20785

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD  20850
*Counsel for Defendant Premier Financial Co.*

Patrick T. Hand, Esq.
4900 Massachusetts Avenue, N.W.
Suite 220
Washington, D.C.  20016
*Counsel for Emma Cunningham*

                                                _____/s/_____
                                                Robert Bunn