<u>**EXHIBIT A**</u>
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EMMA CUNNINGHAM, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. 05-CV-1693-RBW |
| NEW CENTURY MORTGAGE CORPORATION, et al., | ) ) ) ) |
| Defendants. | ) ) |

## <u>AGREED ORDER OF DISMISSAL WITH PREJUDICE</u>

Plaintiff Emma Cunningham and Defendants New Century Mortgage Corporation ("New Century"), Premier Financial Company ("Premier"), Pinnacle Title and Escrow, Inc. ("Pinnacle"), Saxon Mortgage Services, Inc. ("Saxon") and Stephen Ornstein by their attorneys, having agreed that Plaintiff's claims against Pinnacle, Premier, New Century, Saxon Mortgage Services, Inc., and Stephen Ornstein, have been settled and are to be dismissed WITH PREJUDICE, and the parties having agreed that this Court shall retain jurisdiction over the parties and this matter to the extent required to enforce the Settlement Agreement and Mutual Release between the parties and, upon consideration of the entire record in this case, the Court hereby enters the dismissal with prejudice sought by the parties. Each party is to bear its own costs and attorney's fees, but the parties reserve the right to seek reimbursement, contribution and/or indemnification for such costs, fees and/or settlement payments from defendant John Cunningham.

| | |
|---|---|
| _____ <br> Robert P. Bunn, Esquire <br> 910 17th Street, N.W. <br> Suite 800 <br> Washington, D.C. 20006-2606 <br><br> *Attorney for Plaintiff Emma Cunningham* | *[signature: Michelle W.]* <br> _____ <br> David W. Goewey, Esquire <br> Michelle L. Patail, Esquire <br> Venable LLP <br> 575 7th Street, N.W. <br> Washington, D.C. 20004-1601 <br><br> *Attorneys for Defendants Saxon Mortgage Services, Inc. and Stephen Ornstein* |
| _____ <br> Adam M. Spence, Esquire <br> The Law Offices of Adam M. Spence, P.C. <br> 105 W. Chesapeake Avenue <br> Suite 400 <br> Towson, Maryland 21204 <br><br> *Attorneys for Defendant New Century Mortgage Corporation* | *[signature]* <br> _____ <br> Leo A. Roth, Jr., Esquire <br> 110 South Washington Street <br> Rockville, Maryland 20850 <br><br> *Attorneys for Defendant Pinnacle Title and Escrow, Inc.* |
| _____ <br> Catherine Bledsoe, Esquire <br> Brian L. Moffet, Esquire <br> Gordon, Feinblatt, Rothman, Hoffburger & Hollander, LLC <br> The Garrett Building <br> 233 East Redwood Street <br> Baltimore, Maryland 21202 <br><br> *Attorneys for Premier Financial Company* | |

**SO ORDERED** this ___ day of _____ 2006

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

*[signature: Robert P. Bunn]*

Robert P. Bunn, Esquire
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

*Attorney for Plaintiff Emma Cunningham*

*[signature: Adam M. Spence]*

Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue
Suite 400
Towson, Maryland 21204

*Attorneys for Defendant New Century Mortgage Corporation*

Catherine Bledsoe, Esquire
Brian L. Moffet, Esquire
Gordon, Feinblatt, Rothman, Hoffburger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

*Attorneys for Premier Financial Company*

David W. Goewey, Esquire
Michelle L. Patail, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

*Attorneys for Defendants Saxon Mortgage Services, Inc. and Stephen Ornstein*

Leo A. Roth, Jr., Esquire
110 South Washington Street
Rockville, Maryland 20850

*Attorneys for Defendant Pinnacle Title and Escrow, Inc.*

**SO ORDERED** this ___ day of _____ 2006

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Robert P. Bunn, Esquire
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

*Attorney for Plaintiff Emma Cunningham*

David W. Goewey, Esquire
Michelle L. Patail, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

*Attorneys for Defendants Saxon Mortgage Services, Inc. and Stephen Ornstein*

Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue
Suite 400
Towson, Maryland 21204

*Attorneys for Defendant New Century Mortgage Corporation*

Catherine Bledsoe, Esquire
Brian L. Moffet, Esquire
Gordon, Feinblatt, Rothman, Hoffburger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

*Attorneys for Premier Financial Company*

Leo A. Roth, Jr., Esquire
110 South Washington Street
Rockville, Maryland 20850

*Attorneys for Defendant Pinnacle Title and Escrow, Inc.*

**SO ORDERED** this ___ day of _____ 2006

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

cc:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204

David W. Goewey, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

Brian L. Moffett, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD 21202-3332

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850

Patrick T. Hand, Esq.
4900 Massachusetts Avenue, N.W.
Suite 220
Washington, D.C. 20016