**EXHIBIT A**
## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMMA CUNNINGHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW CENTURY MORTGAGE )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Case No. 05-CV-1693-RBW |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Emma Cunningham and Defendants New Century Mortgage Corporation ("New Century"), Premier Financial Company ("Premier"), Pinnacle Title and Escrow, Inc. ("Pinnacle"), Saxon Mortgage Services, Inc. ("Saxon") and Stephen Ornstein by their attorneys, having agreed that Plaintiff's claims against Pinnacle, Premier, New Century, Saxon Mortgage Services, Inc., and Stephen Ornstein, have been settled and are to be dismissed WITH PREJUDICE, and the parties having agreed that this Court shall retain jurisdiction over the parties and this matter to the extent required to enforce the Settlement Agreement and Mutual Release between the parties and, upon consideration of the entire record in this case, the Court hereby enters the dismissal with prejudice sought by the parties. Each party is to bear its own costs and attorney's fees, but the parties reserve the right to seek reimbursement, contribution and/or indemnification for such costs, fees and/or settlement payments from defendant John Cunningham.

Robert P. Bunn, Esquire
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

*Attorney for Plaintiff Emma Cunningham*

David W. Goewey, Esquire
Michelle L. Patail, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

*Attorneys for Defendants Saxon Mortgage Services, Inc. and Stephen Ornstein*

Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue
Suite 400
Towson, Maryland 21204

*Attorneys for Defendant New Century Mortgage Corporation*

Leo A. Roth, Jr., Esquire
110 South Washington Street
Rockville, Maryland 20850

*Attorneys for Defendant Pinnacle Title and Escrow, Inc.*

Catherine Bledsoe, Esquire
Brian L. Moffet, Esquire
Gordon, Feinblatt, Rothman, Hoffburger &
Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

*Attorneys for Premier Financial Company*

**SO ORDERED** this 6th day of March 2006

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Case 1:05-cv-01693-RBW   Document 28   Filed 03/03/2006   Page 3 of 5

_Robert P. Bunn_
Robert P. Bunn, Esquire
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

*Attorney for Plaintiff Emma Cunningham*

_Adam M. Spence_
Adam M. Spence, Esquire
The Law Offices of Adam M. Spence, P.C.
105 W. Chesapeake Avenue
Suite 400
Towson, Maryland 21204

*Attorneys for Defendant New Century Mortgage Corporation*

Catherine Bledsoe, Esquire
Brian L. Moffet, Esquire
Gordon, Feinblatt, Rothman, Hoffburger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

*Attorneys for Premier Financial Company*

David W. Goewey, Esquire
Michelle L. Patail, Esquire
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

*Attorneys for Defendants Saxon Mortgage Services, Inc. and Stephen Ornstein*

Leo A. Roth, Jr., Esquire
110 South Washington Street
Rockville, Maryland 20850

*Attorneys for Defendant Pinnacle Title and Escrow, Inc.*

**SO ORDERED** this 6th day of March 2006

_Reggie B. Walton_
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Robert P. Bunn, Esquire<br>910 17th Street, N.W.<br>Suite 800<br>Washington, D.C. 20006-2606<br><br>*Attorney for Plaintiff Emma Cunningham* | David W. Goewey, Esquire<br>Michelle L. Patail, Esquire<br>Venable LLP<br>575 7th Street, N.W.<br>Washington, D.C. 20004-1601<br><br>*Attorneys for Defendants Saxon Mortgage Services, Inc. and Stephen Ornstein* |
| Adam M. Spence, Esquire<br>The Law Offices of Adam M. Spence, P.C.<br>105 W. Chesapeake Avenue<br>Suite 400<br>Towson, Maryland 21204<br><br>*Attorneys for Defendant New Century Mortgage Corporation* | Leo A. Roth, Jr., Esquire<br>110 South Washington Street<br>Rockville, Maryland 20850<br><br>*Attorneys for Defendant Pinnacle Title and Escrow, Inc.* |

Catherine Bledsoe, Esquire
Brian L. Moffet, Esquire
Gordon, Feinblatt, Rothman, Hoffburger &
Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, Maryland 21202

*Attorneys for Premier Financial Company*

**SO ORDERED** this ___ day of _____ 2006

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

DC2/721986
026447-207100
277890.2
2/22/2006

cc:

Robert Bunn, Esq.
910 17th Street, N.W.
Suite 800
Washington, D.C. 20006-2606

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD 21204

David W. Goewey, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C. 20004-1601

Brian L. Moffett, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD 21202-3332

John Cunningham
6858 West Forest Road
Hyattsville, MD 20785

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD 20850

Patrick T. Hand, Esq.
4900 Massachusetts Avenue, N.W.
Suite 220
Washington, D.C. 20016