UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Emma Cunningham,<br>By and Through her Court Appointed<br>Conservator, Robert Bunn, Esq.,<br><br>    Plaintiff<br><br>v.<br><br>New Century Mortgage Corporation, et al.<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 05-cv-1693<br>)  RBW (Judge Walton)<br>)<br>)<br>)<br>) |

**PRAECIPE**

The Clerk will record the voluntary dismissal of the Complaint in this case against the sole remaining Defendant, John Cunningham.

Respectfully submitted,

_____/s/_____
Robert Bunn, Esq.
D.C. Bar No. 124677
910 17th Street, N.W.
Suite 800
Washington, D.C.  20006-2606
(202) 293-5552
*Conservator for Emma Cunningham*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing pleading was mailed by first class U.S. mail, postage prepaid, to the following persons on the _____ day of March, 2006:

Adam M. Spence, Esq.
The Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue
Suite 400
Towson, MD  21204
*Counsel for Defendant New Century Mortgage Corporation*

David W. Goewey, Esq.
Venable, LLP
575 7th Street, N.W.
Washington, D.C.  20004-1601
*Counsel for Defendants Saxon Mortgage Services, Inc.*
*and Stephen F.J. Ornstein, Esq.*

Brian L. Moffett, Esq.
Catherine Bledsoe, Esq.
Gordon, Feinblatt, Rothman, Hoffberger & Hollander, LLC
The Garrett Building
233 East Redwood Street
Baltimore, MD  21202-3332
*Counsel for Defendant Premier Financial Co.*

John Cunningham
6858 West Forest Road
Hyattsville, MD  20785

Leo A. Roth, Jr., Esq.
110 South Washington Street
Rockville, MD  20850
*Counsel for Defendant Premier Financial Co.*

                                                _____/s/_____
                                                Robert Bunn